1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   KIMON MANOLIUS - 154971
2  kmanolius@hansonbridgett.com
   JULIA H. VEIT - 209207
3  jveit@hansonbridgett.com
   DENA M. DUTHOY - 239900
4  dduthoy@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA  94105
   Telephone:     (415) 777-3200
6  Facsimile:     (415) 541-9366

**E-filing**

7  Attorneys for Defendant
   PENINSULA CORRIDOR JOINT POWERS BOARD
8  erroneously sued as CALTRAIN

9

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13  JEROME L. GRIMES,                    No. _____

14              Plaintiff,               **NOTICE OF REMOVAL OF ACTION BY
                                         DEFENDANT UNDER 28 USC § 1441(b)**
15       v.                              **(FEDERAL QUESTION)**

16  ROBERT SCHREADER; CALTRAIN,

17              Defendants.

18

19       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20       PLEASE TAKE NOTICE that Defendant PENINSULA CORRIDOR JOINT POWERS

21  BOARD ("JPB") erroneously sued as CALTRAIN, hereby removes to this Court the State Court

22  action described below pursuant to 28 USC §§ 1441, 1446 and Federal Rules of Civil Procedure,

23  Rule 81(c):

24                        **I.     JURISDICTION**

25       1.       On January 31, 2008, plaintiff JEROME L. GRIMES commenced an action in the

26  Superior Court for the State of California, in and for the County of SAN MATEO entitled *Jerome*

27  *L. Grimes v. Robert Schreader; Caltrain*, Case Number CIV 469795.  A copy of the Complaint is

28  attached hereto as Exhibit "A."

                                    - 1 -

1       2.     JPB was served with a copy of the Summons and Complaint on February 1, 2008.

2 A copy of the Summons is attached hereto as Exhibit "B."

3       3.     This action is a civil action of which this Court has original jurisdiction under

4 28 U.S.C. § 1331 and §1441(c) and supplemental jurisdiction under 28 U.S.C. § 1367, and is one

5 that may be removed to this Court by JPB pursuant to the provisions of 28 U.S.C. § 1441(b) in

6 that the Complaint arises, *inter alia*, expressly under the 6th Amendment of the Constitution of

7 the United States of America. Specifically, plaintiff alleges JPB's conduct was an "Abuse of

8 Authority" "in violation of the Plaintiff's, [sic] Rights to Liberty, Constitutional Rights

9 Guaranteed by the Sixth Amendment, of the U.S. Constitution...." (Exhibit A.)

10       4.     Because the state court action is one within the federal question jurisdiction of the

11 federal district courts, the action is removable to federal court without regard to the citizenship of

12 the parties under 28 USC § 1441 (a), (b).

13       5.     JPB is informed and believes that Robert Schreader, also named as a defendant in

14 this action, is an employee of the National Railroad Passenger Corporation aka Amtrak, an entity

15 unrelated to JPB. Robert Schreader has not engaged Hanson Bridgett in his defense. On February

16 29, 2008, the undersigned counsel for JPB spoke with Stephen E. Leach, the Director of

17 Claims/Litigation for the National Railroad Passenger Corporation. The undersigned asked Mr.

18 Leach if Robert Schreader had been served or had notice of this action. He informed me that Mr.

19 Schreader had neither been served nor received notice of this action prior to JPB's inquiry. The

20 undersigned explained JPB's intent to remove the action to federal court on the basis of federal

21 question jurisdiction. Mr. Leach made no objection to JPB's removal of this action to federal

22 court. Absent service on Mr. Schreader, he need not join in the notice of removal. *Murphy Bros.,*

23 *Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 119 S.Ct. 1322, 1325 (1999); *Salveson v.*

24 *Western States Bankcard Ass'n*, 731 F.2d 1423, 29 (9th Cir. 1984) ("Our circuit rule is that a

25 party not served need not be joined [in a petition for removal]"), superceded on other grounds by

26 statute. *See Ethridge v. Harbor House Restaurant*, 86 F.2d 1389 (9th Cir. 1988).

27       6.     This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it

28 is filed within thirty (30) days of JPB first receiving notice of the Complaint by way of service.

- 2 -

7.    Venue lies in the United States District Court for the Northern District of California, in that the state court action was filed in the Superior Court of California in and for the County of San Mateo, which is within this judicial district, 28 U.S.C. § 1441(a).

8.    Intradistrict Assignment: Assignment should be made to the San Francisco or Oakland Division per Local Rule 3-5(b).

9.    Attached as Exhibit "C" is a true and correct copy of the Answer to Complaint filed by JPB in the Superior Court of California, County of San Mateo on February 29, 2008.

10.   A copy of this Notice of Removal will be filed with the Clerk of the Court of the State of California in and for the County of San Mateo as required by law.

11.   Written notice and proof of service of the filing of this Notice of Removal by JPB has been or will be served on all parties as required by law.


DATED:  March 3, 2008                    HANSON BRIDGETT MARCUS
                                         VLAHOS & RUDY, LLP



                                         By:_____
                                             JULIA H. VEIT
                                             DENA M. DUTHOY
                                             Attorneys for Defendant
                                             PENINSULA CORRIDOR JOINT
                                             POWERS BOARD erroneously sued as
                                             CALTRAIN

- 3 -

# EXHIBIT A

Superior Court Of California
County Of San Mateo
Redwood City Facility

1

2

3                                                    **CIV** 4 6 9 7 9 5

4    Jerome L. Grimes,                               Civil Complaint No.

5           Plaintiff,                               CV08-0162 (CW)(PR)

6    v.                                    **ENDORSED FILED**
                                          **SAN MATEO COUNTY**    Under,
7    1.  Robert Schreader,                                        "Abuse Of Authority",
                                              JAN 3 1 2008
8    2.  Cal Train,                                                       Leading To:
                                          Clerk of the Superior Court
9           Defendants.                   By    R. Montgomery         1464 Hours/(21) Twenty-
                                              DEPUTY CLERK
10                                                                One, Days, Of, False-

11                                                                Unjustifiable Arrest An

12   I. Jurisdiction                                              Continuous False

13       This civil complaint is made under the                  Imprisonment Hardship,

14   jurisdiction of, San Mateo County, the place                In Violation Of The

15   of business:  Northern California, Company                  Plaintiff's, Rights To

16   Headquarters, of the, Defendant, Robert Schreader's,        Liberty, Constitutional

17   Employer, LIABLE-Co-Defendant, Cal Train Railway/           Rights Guaranteed By The

18   Railroad Services.,                                         Sixth Amendment, Of The

19                                                               U.S. Constitution, Due

20   II. Plaintiff                                               To An, 'Alleged'-"Pre-

21       The plaintiff resides at, 263 Vernon Street,            Paid"-Cal Train-Zone 2-

22   San Francisco, California 94132, since, His, Birth,         Passenger-Commutter Far

23   in the, Year:  1966, and this place of residence is,        Ticket Misunderstanding

24   His, Home Based Business Office, of, His,                   On, December 26, 2007,

25   Sole-Proprietorship, Doing Business As:                     (12/26/07), at approx-

26   Too Sweet To Beat These Video Productions, since,           imately, 02:38P.M.,

27   March, 1994.  And this place of residence is                (1438 Hours), Onboard,

28   also the, Home Based Business Office, of the                Cal Train #: 54,

     plaintiff's, Sole-Proprietorship, (DBA:) Doing             (AKA:  #: 154), At,

                        (1 of 6)                    EXHIBIT A

Business As: Futuristic Safety First, "Children
Safety And Welfare Program", since, February,
1999.

III. Defendants

The, Defendant, Robert Schreader, resides
in, Northern California, and is employed by,
Cal Train, LIABLE-Co-Defendant, Doing Business
In: Northern California, Headquarter, located
at: 1250 San Carlos Avenue, San Carlos,
California 94070.

IV. Causes Of Action

On, December 26, 2007, the day after,
Christmas, and, (6) Six, Days, before, New Years
Day, 2008, the, Defendant #1, Robert Schreader,
Willfully, Intentionally, Deliberately, With
Aforethought, Conspired, a plan to try to, Entrap,
the, Plaintiff, Jerome L. Grimes, into a, Criminal
Act, which was unsuccessful. See: Civil Complaint
Number: C05-3622CW. See: December 26, 2008,
Cal Train #: 54, Southbound, Approximately: 1438Hrs.
(02:38P.M.), at the, (Zone 2), Belmont, California,
Cal Train (Amtrak) Station, San Mateo County, Video
Surveillance Security Tapes/CD-ROMS, Onboard,
Interior, 2nd Train Car, Approximate Location,
Video Footages.

The, Defendant#1, Robert Schreader, First:
took the, PAID, Zone 2, VALID, Train Ticket,
Purchased By: Plaintiff, Jerome L. Grimes, and told,

Belmont-Cal Train Statio
Southbound Direction.",
(SEE: Cal Train #54, (12/26/07)
02:38P.M./1438Hrs., Video
Surveillance Security Tape
CD-ROMS Footages,(AKA: Cal
Train #: 154),

"Defamation Of Character
"Perjury, Penal Code 811
At, January 14, 2008,-
Preliminary Hearing, In,
Criminal Case Number:
SF355121A, Superior Ct.
Of Ca., San Mateo County
Redwood City Facility",
"Antedating And Falsify-
ing Criminal Incident-
Complaints/Reports To Be
Used In Trial Proceeding
Or Inquiry-Penal Code 1
And, Penal Code 132, On,
December 26, 2007, At,
Belmont-Cal Train Statio
County Of San Mateo",
"Covert Kidnapping-Penal
Code 207", "Attempt To
Intimidate And Dissuade
The Plaintiff From Repor
ing The Defendant's Abus

(2 of 6)

Him, to get-off the, Cal Train #: 54, at, Zone 2, Belmont, California, Train Station, an act that, would cause any, Law Abiding Citizen-Cal Train Passenger, to be 'alarmed', when the passenger has a schedule to adhere to, but the plaintiff, Did, NOT, get upset. (SEE: Cal Train #54, Video Surveillance Security Tapes(CD-ROMS), 1438 Hours, (02:38P.M.), December-26, 2007.) Second: the, Defendant #1, Robert Schreader, Refused, the, Plaintiff, Jerome L. Grimes', Repreated Pleas, to have, His, VALID, Purchased, Zone 2, Cal Train Passenger Ticket, returned to, Him,(the plaintiff), for the, Next, Cal Train, at: 1538 Hours(0238P.M.), Belmont, California, Train Station, Yet, the deliberate indifferent defendant, Refused. This,

Of Authority, And, Attempt To Dissuade The Plaintiff's, LAW ABIDDIN EFFORTS TO ASCERTAIN THI CAL TRAIN #54, (FIFTY-FOUR, I.D.#), Identifica tion Number, For Herein Grievance/Civil Abuse-Report.", "Petty Theft Of The Plaintiff's, Cash Purchased Cal Train-'Pre-Paid'-Passenger-Commuter Fare Ticket/ Proof Of Purchase.", And "Conspiracy".

Refusal, would also induce and entrap any, Law Abidding-Cal Train, Citizen, Or, Tourists, to become 'alarmed', but the, Passenger/Plaintiff, Jerome L. Grimes, Did, NOT, get upset or threatening. (SEE: Cal Train #: 54, Video Surveillance Security Tapes(CD_ROMS), 1438 Hrs.(02:38P.M.), (12/26/07) December 26, 2007.

Third: the, Defendant #1, Robert Schreader, Refused, the, Plaintiff, Jerome L. Grimes', Repeated Pleas, for, His,(defendant's), Cal Train(AmTrak), Employee Identification Number, and/or, the, Cal Train's, Identification Number, which too, Refusal, was a, Blatant Covert Terror Intent, to, Induce, and, Entrap, the plaintiff to react in an, Upset Manner, and, Threatening Manner, but that too was, Unsuccessful, against the, Plaintiff, Jerome L. Grimes. (SEE: Cal Train #: 54, AKA: 154, Interior, Onboard, Video Surveillance Security Tapes/CD-ROMS, 1438 Hrs./02:38P.M., December 26, 2007, At: Belmont Cal Train Station.)

(3 of 6)

So, the, Defendant, Robert Schreader, told the plaintiff, to get-off of the train(Caltrain #54; AKA: #154), and the, Plaintiff, Jerome L. Grimes, Exited, the train through the, Front Door/(Caltrian Car's Door), on, Video Surveillance Security Tape/CD-ROM, to ontain the, Caltrain's Identification Number, located at the, Front Of The Caltrain Conductor's Compartment, which was then identified as: #:54, which, COINCIDENTALLY, is the last, (2) Two, Numbers Of The Plaintiff's, Home Telephone Number: (415) 584-1454(H.).

Defendant, Robert Schreader, tried to, Intimidate, and, Dissuade, the plaintiff, from, 'Ascertaining', that particular, Caltrain Car's Identification Number, by, calling the, San Mateo Sheriff's Department/ by, Threatening To Cal The Police, before the plaintiff walked to the, Front Of The Caltrain Cars To Get Off The Train/(Exit), and, Obtain, Number: 54, as the, Identification Number, of that particular, Southbound, 1428 Hours, 02:38P.M. Caltrain, Belmont, California, Passenger/Commutter Train.(AKA: #154).

SEE: Caltrain #:54, Video & Audio/Audex Surveillance Security Tapes/CD-ROMS, 1438 Hours/02:38P.M, (12/26/08), December 26, 2007.)

The, Defendant, Robert Schreader, 'in-other-words, "Failed To Disengac The Enroute Sheriff Officers, After, He,(Defendant), Hastily, Emotionally, Irrationally, and, Illogically, CALLED, the, San Mateo County Sheriff's Department, because, I,(Plaintiff), In Pro Per, did not jump-off of the train, Immediately, which means I could hurt myself running on the, Belmont Caltrain Station Platform, in an attempt to get upto the, Front-Of-The-Train, to, OBTAIN, said, Caltrain Identification Number: 54 (AKA: 154) __which, He, COINCIDENTALLY, Illegally Refused To Give, Me, During, My, __Repeated Pleas, which, Covertly, Induced, and, Entrapped, Me, to, Do, what every, Law Abiding, Caltrain Passenger/Paying Customer, would do to obtain, said, Caltrain's Identification Number, which, His, Unjustifiable, 911 Emergency Telephone Dispatch Call, was a, Direct, Attempt, to, TRY,

(4 of 6)

And, INTIMIDATE/DISSUADE, Me,,(the plaintiff), from, Obtaining; "Live And Caught On Video Footage And Audex Recording.".

This above mentioned, State, and/or, Federal Law Causes Of Action, caused this herein, False, San Mateo County Sheriff's Department Police Incident Report Number: <u>007830034</u>, and the, Resulting, <u>1464</u> Hours (One Thousand And Sixty-Four Hours) Continuous False Imprisonment Hardship, for a threat crime the, Defendant, Robert Schreader, knew I, the plaintiff, was is, Innocent Of, just, (5) Five, Days, before, <u>New Years Day, 2008</u>, and, just, (1) One, Day, after, <u>Christmas Day, 2007</u>, which is the, 'cold blooded modus operandi, of the, Post-09/11/01, covert terror network'.

<u>SEE</u>: Above mentioned, Video Surveillance Security Footages, mentioned above.)

<u>SEE</u>: <u>Jerome L. Grimes  v.  Mr. Pahlavan, et., al.,</u>
   U.S. District Court, Northern District Of California, Case No.: <u>C06-  C</u>

V.  Previous Lawsuits

1. <u>Jerome L. Grimes  v.  Bruce G. Turner, et., al.,</u>
   U.S. District Court, Northern District Of California,
   Civil Complaint No.: <u>C04-4691EDL</u>

VI.  Remedy Exhausted

The, Defendant, Robert Schreader, under the color of authority as a, Caltrain's Employee, Committed Perjury, at the, <u>January 14, 2008</u>, Criminal Preliminary Hearing Examination, Department #: <u>12</u>, Superior Court Of Calif Redwood City Facility, County Of San Mateo, Case No.: <u>SF355121A</u>, which is Proof, that, He, will, NEVER, admit to a, Conspiracy/Abuse Of Authority.

VII.  Relief Requested

An order for the, Defendant, Robert Schreader, to be fired, from, His, employment as a, Caltrain Agent, in memory of the, <u>March 11, 2004</u>, Madrid, Spain, Covert Terror Victims.

Punitive Damages: <u>$1,000,000.00</u> ( One Million Dollars)

Damages: <u>$50,000.00</u> (Fifty Thousand Dollars)

1   And in the, Defendant, Robert Schreader's, individual capacity:

2   $4,200.00 (Four Thousand Two Hundred Dollars), which equals, $100.00

3   (One Hundred Dollars), Per Day, pursuant to the, State Of California's

4   Constitutional Rights, Article 1, Section 15, and, Title 15, of the,

5   State Of California Department Of Corrections, Rules And Regulations Handboc

6   Sum Total:  Twice The Amount, of, $2,100.00,= 21 Days x $100.00,
                                   (Twenty-One Hundred Dollars)
7                                         or,
                              (Two Thousand One Hundred Dollars)

8                                  times (x) twice the amount

9                            $4,200.00

10

11

12

13

14  Dated:   January 24, 2008        *Jerome L. Grimes*
                                      Jerome L. Grimes
15                                    Plaintiff, In Pro Per
                                           And,
16                                    Director Of:
                                   Futuristic Safety First,
17                          "Children Safety And Welfare Program"
                           (1977-02/10/84)       (07/27/81)
18                                          (10/31/85:Holloween 198

19

20

21

22

23

24

25

26

27

28

# EXHIBIT B

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):** Robert Schreader, Caltrain,

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** Jerome L. Grimes,

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ENDORSED FILED**
**SAN MATEO COUNTY**

JAN 3 1 2008

Clerk of the Superior Court
R. Montgomery
By _____
DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
(El nombre y dirección de la corte es): Superior Court Of California County Of San Mateo Redwood City Facility 400 County Center Redwood City, CA. 94063

**CASE NUMBER:**
**(Número del):** CIV469795

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Jerome L. Grimes
263 Vernon Street
San Francisco, CA. 94132
(415)584-1454(H)

**MONTGOMERY**

2008 FEB RISK MANAGEMENT RECEIVED PM 4 35

DATE:
(Fecha) JAN 3 1 2008 92 (bw) **JOHN C. FITTON**

Clerk, by _____, Deputy
(Secretario)              (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☒ as the person sued under the fictitious name of (specify): Caltrain
3. ☐ on behalf of (specify): Jerome L. Grimes

under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☒ CCP 416.90 (authorized person)
☐ other (specify):
4. ☒ by personal delivery on (date): February 01, 2008

Page 1 of 1

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465.

American LegalNet, Inc.
www.USCourtForms.com

EXHIBIT B

Proof of service

Jerome L. Grimes,
          Plaintiff,

V,

Robert Schreador,
Caltrain
          Defendant.

Civil Case
CIV 469795

RECEIVED
RISK MANAGEMENT
2008 FEB PM 4 38

I, Elizabeth Starkey, certify that on February 01, 2008, I did personally serve the below mentioned documents on, Caltrain Claims Representative, Marshall Rush, at: Caltrain, 1250 San Carlos Ave, San Carlos, CA. 94070

Documents:
1. Summons.
2. Original, Civil Complaint No.: CIV469795.
3. Subpoena.
4. Notice of Case Management Conference.
5. Proof of Service.

I declare under the penalty of perjury that the foregoing is true and correct.

Elizabeth Starkey

X Elizabeth Starkey
Elizabeth Starkey

# EXHIBIT C

1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   KIMON MANOLIUS - 154971
2  kmanolius@hansonbridgett.com
   JULIA H. VEIT - 209207
3  jveit@hansonbridgett.com
   DENA M. DUTHOY - 239900
4  dduthoy@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA  94105
   Telephone:    (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Defendant
   PENINSULA CORRIDOR JOINT POWERS BOARD
8  *NO FILING FEE REQUIRED – PENINSULA CORRIDOR JOINT
   POWERS BOARD IS A PUBLIC AGENCY*

9

10             SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                         COUNTY OF SAN MATEO

12                                                     BY FAX

13  JEROME L. GRIMES,                    No. CIV 469795

14             Plaintiff,                **ANSWER TO COMPLAINT**

15      v.

16  ROBERT SCHREADER; CALTRAIN,         **[DEMAND FOR JURY TRIAL]**

17             Defendants.              Complaint Filed: January 31, 2008

18

19       Defendant PENINSULA CORRIDOR JOINT POWERS BOARD erroneously sued as

20  CALTRAIN ("Defendant") hereby answers the Complaint of JEROME L. GRIMES ("Plaintiff")

21  as follows:

22                              **GENERAL DENIAL**

23       Pursuant to California Code of Civil Procedure §431.30(d), Defendant generally denies

24  and puts at issue each and every material allegation contained in the Complaint, and further

25  denies that Plaintiff has been damaged in any sum whatsoever by Defendant or by any of

26  Defendant's agents, servants or employees.

27

28

                                   - 1 -
   ANSWER TO COMPLAINT; CASE NO. CIV 469795                        1421150.1

                                              EXHIBIT  C

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SEPARATE AND AFFIRMATIVE DEFENSES

Defendant alleges the following separate and distinct affirmative defenses to the Complaint:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because the Complaint, and each cause of action alleged therein, fails to state a claim on which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint, and each and every cause of action alleged therein, is barred by the applicable statute of limitations, including, without limitation, California Code of Civil Procedure §§335.1, 337, 338, 339, 340, 340.3, and 343, 352.1(b).

### THIRD AFFIRMATIVE DEFENSE

The injuries, harm, and damages alleged in the Complaint were the proximate result of the fault, negligence, acts, omissions, or conduct of Plaintiff and/or persons or entities other than Defendant and, therefore, Defendant is not liable for any of the damages alleged by Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff and others failed to exercise reasonable care and diligence, and were negligent with respect to the matters in the Complaint, thereby causing or contributing to the damages alleged, if any. Plaintiff's recovery against Defendant, if any, must be reduced by the proportion of damages caused by the conduct of Plaintiff and others.

### FIFTH AFFIRMATIVE DEFENSE

Any act or omission on the part of Defendant was not the proximate cause of the Plaintiffs' injuries.

### SIXTH AFFIRMATIVE DEFENSE

The alleged injuries, harm and damages of which Plaintiff complains in the Complaint herein were the proximate result of the sole negligence, acts, omissions or conduct of others, including but not limited to Plaintiff. Accordingly, under the provisions of Civil Code section 1431.2, Defendant's liability for non-economic damages (including but not limited to pain, suffering, inconvenience, mental suffering, emotional distress, loss of society and companionship,

-2-

1  loss of consortium, injury to reputation, and humiliation), if any, is limited in direct proportion to

2  Defendant's percentage of fault.

### SEVENTH AFFIRMATIVE DEFENSE

4  The Complaint is barred, in whole or in part, by the equitable doctrines of unclean hands,

5  laches, waiver, and/or estoppel.

### EIGHTH AFFIRMATIVE DEFENSE

7  Plaintiff's maintenance of this action is frivolous, vexatious and unreasonable, thereby

8  entitling Defendant to sanctions and appropriate remedies (including without limitation attorney's

9  fees) against the Plaintiff.

### NINTH AFFIRMATIVE DEFENSE

11  Said Complaint is barred, and the purported causes of action are barred by the provisions

12  of the Government Code sections:  815.4, 818.4, 818, 818.2, 820, 820.6, 821, 821.2, 821.6, 821.8,

13  822, 845, 845.8, 846, 855, 855.6, 856.2 and 856.4.

### TENTH AFFIRMATIVE DEFENSE

15  Plaintiff, with full knowledge of existing conditions and circumstances, and with full

16  appreciation of the dangers relative thereto, and with full knowledge of the risks of injury and

17  damage to themselves, voluntarily assumed all risk thereof, and said assumption was the sole and

18  proximate cause of their alleged injuries and damages, if any there were.

### ELEVENTH AFFIRMATIVE DEFENSE

20  Any liability of Defendant is barred insofar as any and all acts or omissions of Defendant

21  and its agents or employees which allegedly caused injury at the time and place of the alleged

22  incident which is the subject of this action were the result of the exercise of discretion vested in

23  them.

### TWELFTH AFFIRMATIVE DEFENSE

25  Defendant denies that Plaintiff sustained any damages but alleges that if Plaintiff did

26  sustain any damages, they were in whole or in part the direct and proximate result of Plaintiff's

27  failure to take reasonable steps to mitigate such damages.

28

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendant denies that Plaintiff is entitled to any verdict in his favor but alleges that if any such judgment is entered, Defendant is entitled to have the judgment reduced by the amount of any collateral source payments pursuant to Government Code section 985.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendant alleges the provisions of the California Tort Claims Act of the California Government Code (Government Code section 810, *et seq.*) as a measure of the duty of Defendant and/or its employees.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and the purported causes of action thereof, and each of them, are barred by Plaintiff's failure to file a government tort claim as required by the California Government Code and/or fails to alleged compliance with government tort claim procedures. Government Code section 900 *et seq.*

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and the purported causes of action thereof, and each of them, are barred by Plaintiff's failure to file a government tort claim within the time period contemplated by the California Government Code and Code of Civil Procedure.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and the purported causes of action thereof, and each of them, are barred by Plaintiff's failure to allege or demonstrate that Defendant owns, maintains, manages or controls the property in question.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Punitive damages are not available against the Answering Defendant. Government Code § 818.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's claim to prejudgment interest is barred by Civil Code section 3291.

- 4 -

1421150.1

## TWENTIETH SEPARATE AND AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff has failed to exhaust administrative remedies and therefore cannot maintain this action.

## TWENTY-FIRST SEPARATE AND AFFIRMATIVE DEFENSE

To the extent the alleged injuries and damages allegedly resulted from a misrepresentation by Defendant, or any employee or agent thereof, Defendant is not liable for the alleged injuries and damages pursuant to Government Code sections 818.8 and 822.2.

## TWENTY-SECOND SEPARATE AND AFFIRMATIVE DEFENSE

As pertaining to Plaintiff's allegations, Defendant has immunity for the acts and omissions of others under Government Code section 820.8.

## TWENTY-THIRD SEPARATE AND AFFIRMATIVE DEFENSE

To the extent Plaintiff alleges a failure to discharge a mandatory duty, Defendant exercised reasonable diligence to discharge its mandatory duties and therefore is not liable for any alleged injuries or damage resulting from its failure under Government Code section 815.6.

## TWENTY-FOURTH SEPARATE AND AFFIRMATIVE DEFENSE

Plaintiff lacks standing and/or otherwise fails to state a claim against Defendant for the purported criminal conduct alleged in the Complaint.

## TWENTY-FIFTH SEPARATE AND AFFIRMATIVE DEFENSE

Plaintiff's causes of action are barred, in whole or in part, to the extent that they are based upon communications and actions of Defendant which were justified and/or privileged, including but not limited to communications and conduct that are privileged under California Civil Code section 47.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

The statements alleged in Plaintiff's Complaint to be defamatory and/or to have caused Plaintiff emotional distress, if made, were true.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Defendant did not restrict Plaintiff's freedom of movement or otherwise violate Plaintiff's civil liberties or constitutional rights.

- 5 -

1

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

2    The Complaint, and each cause of action alleged therein, is barred because

3 Plaintiff expressly and/or impliedly consented to the acts complained of in the Complaint.

### DEMAND FOR JURY TRIAL

4

5    Defendant hereby demands trial by jury of this matter.

6

7    WHEREFORE, Defendant prays for judgment on the Complaint as follows:

8    1.    That Plaintiff take nothing by the Complaint herein and that said Complaint be

9 dismissed with prejudice;

10    2.    That Defendant be awarded its costs incurred in connection with this action; and

11    3.    For such other and further relief as the Court may deem just and proper.

12

13 DATED:  February 29, 2008                HANSON BRIDGETT MARCUS
                                           VLAHOS & RUDY, LLP

14

15    By: _Dena M. Duthoy_____

16    JULIA H. VEIT
      DENA M. DUTHOY

17    Attorneys for Defendant
      PENINSULA CORRIDOR JOINT

18    POWERS BOARD also known as
      CALTRAIN

19

20

21

22

23

24

25

26

27

28

- 6 -

ANSWER TO COMPLAINT; CASE NO. CIV 469795                               1421150.1

1

## PROOF OF SERVICE

2      I, Lorraine V. Mole, declare that I am a resident of the State of California. I am

3 over the age of 18 years and not a party to the action entitled *Jerome L. Grimes v. Robert Schreader*, Cal Train; San Mateo Superior Court Case No. CIV 469795 that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On February 29, 2008, I

4 served a true and accurate copy of the document(s) entitled:

5      ## ANSWER TO COMPLAINT

6 on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

7

8      Jerome L. Grimes
       263 Vernon Street
       San Francisco, CA 94132

9

       *Plaintiff In Pro Per*

10

11   ☒      (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am
              readily familiar with Hanson Bridgett's practices for collecting and processing

12            documents for mailing with United States Postal Service. Following these ordinary
              business practices, I placed the above referenced sealed envelope(s) for collection

13            and mailing with the United States Postal Service on the date listed herein at 425
              Market Street, 26th Floor, San Francisco, California 94105. The above referenced

14            sealed envelope(s) will be deposited with the United States Postal Service on the
              date listed herein in the ordinary course of business.

15

16      I declare under penalty of perjury under the laws of the State of California that the

17 above is true and correct and was executed on February 29, 2008 at San Francisco, California.

18

19      _____
                    Lorraine V. Mole

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE; CASE NO. CIV 469795                                    1426738.1