```
HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
KIMON MANOLIUS - 154971
kmanolius@hansonbridgett.com
JULIA H. VEIT - 209207
jveit@hansonbridgett.com
DENA M. DUTHOY - 239900
dduthoy@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
```

Attorneys for Defendant
PENINSULA CORRIDOR JOINT POWERS BOARD
erroneously sued as CALTRAIN

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT SCHREADER; CALTRAIN,<br><br>      Defendants. | No. _____<br><br>**DEMAND FOR JURY TRIAL** |

Defendant PENINSULA CORRIDOR JOINT POWERS BOARD erroneously sued as CALTRAIN hereby demands trial by jury in this action.

DATED: March 3, 2008

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP


By: _/s/ Dena M. Duthoy_____
JULIA H. VEIT
DENA M. DUTHOY
Attorneys for Defendant
PENINSULA CORRIDOR JOINT
POWERS BOARD erroneously sued as
CALTRAIN

- 1 -

DEMAND FOR JURY TRIAL; CASE NO. _____

1427544.1