| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
|   | KIMON MANOLIUS - 154971 |
| 2 | kmanolius@hansonbridgett.com |
|   | JULIA H. VEIT - 209207 |
| 3 | jveit@hansonbridgett.com |
|   | DENA M. DUTHOY - 239900 |
| 4 | dduthoy@hansonbridgett.com |
|   | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA 94105 |
|   | Telephone:    (415) 777-3200 |
| 6 | Facsimile:    (415) 541-9366 |
| 7 | Attorneys for Defendant |
|   | PENINSULA CORRIDOR JOINT POWERS BOARD |
| 8 | erroneously sued as CALTRAIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

        Plaintiff,

v.

ROBERT SCHREADER; CALTRAIN,

        Defendants.

No. _____

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    City and County of San Francisco;

/ / /

/ / /

- 1 -

CERTIFICATION OF INTERESTED ENTITIES; CASE NO. _____    1427537.1

1     San Mateo County Transit District; and

2     Santa Clara Valley Transportation Authority.

DATED: March 3, 2008

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: *Dena M. Duthoy*
JULIA H. VEIT
DENA M. DUTHOY
Attorneys for Defendant
PENINSULA CORRIDOR JOINT POWERS BOARD erroneously sued as CALTRAIN

- 2 -

CERTIFICATION OF INTERESTED ENTITIES; CASE NO. _____

1427537.1