HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
KIMON MANOLIUS - 154971
kmanolius@hansonbridgett.com
JULIA H. VEIT - 209207
jveit@hansonbridgett.com
DENA M. DUTHOY - 239900
dduthoy@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant
PENINSULA CORRIDOR JOINT POWERS BOARD
erroneously sued as CALTRAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT SCHREADER; CALTRAIN,<br><br>    Defendants. | No. _____<br><br>NOTICE OF RELATED CASES    **WDB** |

Pursuant to Civil L.R. 3-12, the undersigned certifies that as of this date there is no related action to report.

DATED: March 3, 2008

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP


By: /s/ Dena M. Duthoy
JULIA H. VEIT
DENA M. DUTHOY
Attorneys for Defendant
PENINSULA CORRIDOR JOINT
POWERS BOARD erroneously sued as
CALTRAIN

- 1 -

NOTICE OF RELATED CASES; CASE NO. _____

1427518.1