HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
KIMON MANOLIUS - 154971
kmanolius@hansonbridgett.com
JULIA H. VEIT - 209207
jveit@hansonbridgett.com
DENA M. DUTHOY - 239900
dduthoy@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
PENINSULA CORRIDOR JOINT POWERS BOARD
erroneously sued as CALTRAIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT SCHREADER; CALTRAIN,<br><br>    Defendants. | No. CV08 1241 WDB<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

Lorraine V. Mole certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 425 Market Street, 26th Floor, San Francisco, California 94105, which is located in the city, county and state where the mailing described below took place.

On March 3, 2008, I deposited in the United States Mail at San Francisco, California, a

//
//

1 | copy of the Notice to Adverse Party of Removal to Federal Court dated March 3, 2008, addressed
2 | to plaintiff as reflected on the proof of service attached hereto as Exhibit A.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2008.

                                                     */s/ Lorraine V. Mole*

                                                        Lorraine V. Mole

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF
REMOVAL TO FEDERAL COURT; CASE NO. CV08 1241 WDB

1427441.1

# EXHIBIT A

## PROOF OF SERVICE

I, Lorraine V. Mole, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Jerome L. Grimes v. Robert Schreader*, Cal Train; San Mateo Superior Court Case No. CIV 469795 that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On March 3, 2008, I served a true and accurate copy of the document(s) entitled:

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

**(including attachments (1) Notice of Removal of Action under 28 USC § 1441(b); (2) Notice of Related Cases; (3) Demand for Jury Trial;(4) Certification of Interested Entities or Persons;(5) Order Setting Initial Case Management Conference and ADR Deadlines and ADR forms; (6) Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge/ Declination to Proceed Before a United States Magistrate Judge;(7) Standing Order U.S. Magistrate Judge Wayne D. Brazil/Standing Order for All Judges of the Northern District of California; (8) ECF Registration Information Handout)**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

*Plaintiff In Pro Per*

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on March 3, 2008 at San Francisco, California.

_____
Lorraine V. Mole

- 1 -

PROOF OF SERVICE; CASE NO. CIV 469795

EXHIBIT A

1427839.1