HANSON BRIDGETT LLP
KIMON MANOLIUS - 154971
kmanolius@hansonbridgett.com
JULIA H. VEIT - 209207
jveit@hansonbridgett.com
DENA M. DUTHOY - 239900
dduthoy@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
PENINSULA CORRIDOR JOINT POWERS BOARD

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. CV 08-1241 WDB |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF LAW FIRM NAME** |
| ROBERT SCHREADER; CALTRAIN, | |
| Defendants. | |

PLEASE TAKE NOTICE that the law firm of Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP has changed its name to **HANSON BRIDGETT LLP**.  The office address, telephone and facsimile numbers remain the same.


DATED:  March 21, 2008                              HANSON BRIDGETT LLP


                                                                By: _Dena M. Duthoy_____
                                                                DENA M. DUTHOY
                                                                Attorneys for Defendant
                                                                PENINSULA CORRIDOR JOINT
                                                                POWERS BOARD

- 1 -

1

## PROOF OF SERVICE

2

       I, Lorraine V. Mole, declare that I am a resident of the State of California.  I am

3

over the age of 18 years and not a party to the action entitled *Jerome L. Grimes v. Robert Schreader; Caltrain*; Case No. CV 08-1241 WDB that my business address is 425 Market Street, 26th Floor, San Francisco, California  94105.  On March 21, 2008, I served a true and accurate copy of the document(s) entitled:

4

5

**NOTICE OF CHANGE OF LAW FIRM NAME**

6

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

7

8

Jerome L. Grimes
263 Vernon Street
San Francisco, CA  94132

9

*Plaintiff In Pro Per*

10

11

    ☒       (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practices for collecting and processing documents for mailing with United States Postal Service.  Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California  94105.  The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

12

13

14

15

16

    ☐       (By Express Mail pursuant to Code of Civil Procedure section 1013.)  I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

17

18

    ☐       (By Hand pursuant to Federal Rules of Civil Procedure 5(b).)  I directed each sealed envelope to the party(ies) so designated on the service list to be delivered by courier, Specialized Legal, this date.  A copy of the affidavit/declaration under penalty of perjury, signed by the courier, shall be filed/lodged with the court under separate cover.

19

20

21

22

       I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

24

25

           Lorraine V. Mole

26

27

28

- 1 -