Jerome L. Grimes
263 Vernon Street
San Francisco, CA. 94132
Futuristic Safety First,
"Children Safety And Welfare Program"
HOME BASED BUSINESS
     OFFICE
Legal Dept.,
(415) 584-1454(H.)
(415) 624-5892(Bus.)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


FILED
APR - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Jerome L. Grimes,
        Plaintiff(s),

     v.

Robert Schreader,
Peninsula Corridor Joint Powers Board,
        Defendant(s). (AKA: Caltrain)
_____/

Case No. C08-1241WDB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 03/21/08

                                              *Jerome L. Grimes*
                                     [Party] Plaintiff, In Pro Per
                                            Jerome L. Grimes

Dated: 03/21/08

                                              *Jerome L. Grimes*
                                        [Counsel] Jerome L. Grimes
                                                   In Pro Se, Attorney

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05