UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES

        Plaintiff(s),

v.

ROBERT SCHREAADER; CALTRAIN

        Defendant(s).

No. C V 08-1241 WDB

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 1, 2008

HANSON BRIDGETT LLP
Dena M. Duthoy

_____
Signature

Counsel for Deft. Peninsula Corridor Joint Powers Board
(Plaintiff, Defendant, or indicate "pro se")

NDC-06

# PROOF OF SERVICE

I, Lorraine V. Mole, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Jerome L. Grimes v. Robert Schreader; Caltrain*; Case No. CV 08-1241 WDB that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On April 1, 2008, I served a true and accurate copy of the document(s) entitled:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

*Plaintiff In Pro Per*

[x] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

[ ] (By Hand pursuant to Federal Rules of Civil Procedure 5(b).) I directed each sealed envelope to the party(ies) so designated on the service list to be delivered by courier, Specialized Legal, this date. A copy of the affidavit/declaration under penalty of perjury, signed by the courier, shall be filed/lodged with the court under separate cover.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Lorraine V. Mole*
Lorraine V. Mole

- 1 -

PROOF OF SERVICE

1443079.1