UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. C 08-1241 WDB |
| Plaintiff, | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| v. | |
| ROBERT SCHREADER, et al. | |
| Defendants. | |
| _____/ | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for June 10, 2008, at 4:00 p.m. is vacated.

Dated: April 2, 2008                               Richard W. Wieking, Clerk
                                                              United States District Court

*Sarah Weinstein*

By:  SarahWeinstein
       Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd