**UNITED STATES DISTRICT COURT**

**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                           510.637.3530

**April 3, 2008**

**CASE NUMBER:  CV 08-01241 WDB**
**CASE TITLE:  JEROME L. GRIMES-v-ROBERT SCHREADER**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: April 3, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                           Entered in Computer 04/03/08 cl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA