UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GRIMES et al,

        Plaintiff,

  v.

SCHREADER et al,

        Defendant.

Case Number: CV08-01241 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the Clerk's Notice of Impending Reassignment filed 4/2/08 and Order of Reassignment filed 4/3/08, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: April 3, 2008

                                Richard W. Wieking, Clerk
                                By: Keely Kirkpatrick, Deputy Clerk