UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 18 PM 1:05

Jerome L. Grimes, et., al.,
    Plaintiffs,

v.

Robert Schreader, et., al.,
    Defendants.

Civil Complaint No.

CV08-01241MMC

CERTIFICATE OF SERVICE

I, ~~Jerome L. Grimes~~ *Monique Davis*, certify that on, April 17, 2008, I did *Personally Deliver*, the below mentioned documents to the address identified below, ~~via, U.S. Postal Service, Certified Mail Number: 7006 0810 0003 3358 1711~~:

Kimon Manolius
Hanson, Bridgett, Marcus, Vlahos, &, Rudy, LLP
425 Market Street, 26th Floor
San Francisco, CA. 94105

Documents:

1. Case Management Conference Order.
2. Standing Orders.
3. ~~Certificate Of Service.~~

I declare under the penalty of perjury, that the foregoing is true and correct.

~~263 Vernon Street
San Francisco, CA. 94132
(415) 584-1454(H.)
(415) 624-5892(Bus.)~~

1044 Palou Street
San Francisco, CA. 94124

Jerome L. Grimes
Attorney, In Pro Per

X _Monique Davis_
monique Davis