```
Jerome L. Grimes
263 Vernon Street           UNITED STATES DISTRICT COURT
San Francisco,  FOR THE NORHTERN DISTRICT OF CALIFORNIA
         CA. 94132
In Pro Per, Attorney                        FILED
Futuristic Safety First,
"Children Safety And Welfare Program"      08 MAY -5 PM 3: 33
HOME BASED BUSINESS OFFICE
Legal Dept.,
(415) 584-1454(H.)   (415) 624-5892(Bus.)   CLERK U.S DISTRICT COURT
       Jerome L. Grimes,                    NORTHERN DISTRICT OF CALIFORNIA
                                                    Civil Complaint No.

                 Plaintiff(s),                      C08-1241MMC

        v.                                          NOTICE OF RELATED CASE

       Robert Schreader,
     v.(AKA:  Robert Schrader), et., al.,
               Defendants.
```

Pursuant to, Civil L.R. 3-12, the undersigned certifies that there appears to be a related case, identified below:

1. Jerome L. Grimes,                v. Dr. Schrader,
2. Moses Bennett, Jr.,(Decedent)       (AKA:  Schreader)
                                        et., al.,

U.S. District Court, Northern District Of California
Civil Complaint No.:  C03-02587CW

Dated:  May 04, 2008

*Jerome L. Grimes*
Jerome L. Grimes
Plaintiff, In Pro Se
In Pro Per, Attorney
And,
Director Of:
Futuristic Safety First,
"Children Safety And Welfare Program"
(1977-02/10/84)    (07/27/81)
(10/31/85 Holloween)