# Proof Of Service

FILED
08 MAY 15 PM 2:53
[clerk stamp, U.S. District Court, Northern District of California]

Jerome L. Grimes,

    Plaintiffs,

v.

Robert Schreader, et., al.,

    Defendants.

Civil Complaint No. C08-1241 mmc

I, Jerome L. Grimes, certify that on, May 13, 2008, I did personally deliver the below mentioned documents to:

Hanson Bridgett, LLC
425 Market Street, 26th Floor
San Francisco, CA. 94105
Attn: Michele Trausch

Documents:

1. Copy, of, April 28, 2008, Subpoena, for: Superior Court of California, Court Reporter's Transcript Case Number: SF355121A, Redwood City Facility.

2. Copy, of, Related Case Notification, Civil Complaint Number: C03-02587CW.

I declare under the penalty of perjury that the foregoing is true and correct.

Jerome L. Grimes
Jerome L. Grimes

263 Vernon Street, San Francisco, CA. 94132 (415) 584-1454(H), In Pro Per, Attorney
(415) 624-5892 (Bus)