UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 27 PM 12:23

Jerome L. Grimes,
    Plaintiff(s),

v.

Robert Schreader, et., al.,
(AKA: R. Schrader) Defendant(s).

CASE NO.

C08-1241MMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference :   June 20, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| [In Pro Se] Jerome L. Grimes | Plaintiffs | (415) 624-5892 | PROJEROME@LIVE.COM |
| [209207] Julia H. Veit | Defendants | (415) 777-3200 | jveit@hansonbridgett.com |
| [239900] Dena M. Duthoy | Defendants | (415) 777-3200 | dduthoy@hansonbridgett.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: May 24, 2008

                                         Jerome L. Grimes, In Pro Per
                                         Attorney for Plaintiff

Dated:_____

                                         _____
                                         Attorney for Defendant

Rev 12.05  When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."