Jerome L. Grimes
263 Vernon Street
San Francisco, CA. 94132
Attorney, In Pro Per
Futuristic Safety First,
"Children Safety And Welfare Program"
Home Based Busines Office
Legal Dept.,
(415) 584-1454(H.)      (415) 624-5892(Bus.)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 27 PM 12:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

Jerome L. Grimes,
                Plaintiffs,

v.

Robert Schreader, et., al.,
(AKA: Robert Schrader)
                Defendants.

Civil Complaint No.:

C08-1241MMC

Plaintiff's First
Request For Production
Of Documents

TO EACH PARTY AND ATTORNEY OF RECORD IN THIS ACTION:

Plaintiff hereby requests, pursuant to, F.R.C.P. 34, that defendants produce for inspection and copying, by plaintiff the documents listed below. Production is to be made within thirty days at a time and place mutually convenient to, In Pro Per,- Counsel, for the plaintiffs, and, Counsel, for the defendants.

Request No. 1:

A, Copy, of: Cal Train#: 54 (AKA: 154), Onboard, Video Surveillance Security Tape/CD-ROM, Video Footage, and, Audex, Audio-Surveillance Security Tapes/CD-ROM, of: December 26, 2007, Approximately, 02:38P.M.(1438Hrs.), Belmont Cal Train Station: (1400Hrs.-1500Hrs. Full Length Time Lined Chain Of Custody), Interior Train Video, and, Audio.

Request No. 2:

Any and all documents memorializing any policy of the, Peninsula Corridor Joint Powers Board, authorizing its employees, agents, or, servants to, Reposses, Amtrak (AKA: National Railroad Passenger Corporation)'s, Pre-Paid Customer-Passenger Fare Tickets, and put the, Paying Customer-Passenger(s), off of the particular train, for the purposes of, Safety And Welfare, of the particular, Amtrak Train Cars,

PLAINTIFFS' 1ST REQUEST FOR PRODUCTION OF DOCUMENTS.   (1 of 3)

1  as referred to in, Defendant, Robert Schreader(AKA: Robert Schrader)'s,
2  response to the, State Court's, Prosecution's, Questions, under oath,
3  at the, January 14, 2008, Preliminary Hearing Transcript/Court
4  Reporter's Transcript, in, Department #12, Criminal Case Number:
5  SF355121A, Redwood City Facility, San Mateo County,
6  Superior Court Of California.
7  Request No. 3:
8      Any and all documents describing the training and supervision
9  provided to, Amtrak Employees, Agents, or, Servants, concerning the,
10 Repossession/Confiscation, of, Pre-Paid Customer-Passenger Fare Tickets,
11 as referred to in, Defendant, Robert Schreader(AKA: Robert Schrader)'s,
12 Response, to the above mentioned, January 14, 2008, Preliminary Hearing
13 Transcript, in, Department #: 12, Case Number: SF355121A,
14 Superior Court Of California's, Prosecution's/Defense's, Questions.
15 Request No. 4:
16     Any and all documents describing the training and supervision
17 provided to, Amtrak Employees, Agents, or, Servants, concerning the,
18 Safety And Welfare, of the, Amtrak Paying Customer's-Passenger's,
19 as referred to in, Defendant, Robert Schreader(AKA: Robert Schrader)'s,
20 Response, to the above mentioned, January 14, 2008, Preliminary Hearing
21 Transcript, in, Department #: 12, Case Number: SF355121A,
22 Superior Court Of California, Prosecution's, Questions.
23 Request No. 5:
24     Any and all reports or memoranda concerning any, Alcohol, or, Drug
25 Testing, Treatment, or, Results, including, but not limited to physical,
26 psychological, and, toxicological examinations performed on, Defendant,
27 Robert Schreader(AKA: Robert Schrader)'s, before, or, after this,
28 Alleged, Terrorist-Criminal Threat Against, His, Person, on,

c+.

1   December 26, 2008, leading to the, Federal Law Causes Of Action,

2   Liberty Deprivation/Continuous Imprisonment Hardship/Incarceration,

3   lasting a, Sum Total Of:  (21) Twenty-One, Days.

4   Request No. 6:

5       Attach any written, or, tape-recorded statements, of any person,

6   who, You, believe has knowledge or information concerning the facts

7   of the, December 26, 2008, LOST, Pre-Paid Customer-Passenger Fare Ticket

8   Repossed/Taken, from the, Herein, Plaintiff, Jerome L. Grimes, Onboard,

9   Amtrak Train Number:  54 (AKA:  154), within, Zone 2, at the, Belmont,

10  California, Caltrain/Amtrak Trains Station, as referred to in,

11  Defendant, Robert Schreader(AKA:  Robert Schrader)'s, Response, to the

12  above mentioned, January14, 2008, Preliminary Hearing Transcript, in,

13  Department #:12, Case Number:  SF355121A, Superior Court Of California,

14  Defense's, Questions.

17  Dated:  May 24, 2008

Jerome L. Grimes
Plaintiff, In Pro Per
Attorney, In Pro Se
Futuristic Safety First,
"Children Safety And Welfare Program"
Legal Department
HOME BASED BUSINESS OFFICE

PLAINTIFFS' 1ST REQUEST FOR PRODUCTION OF DOCUMENTS.    (3 of 3)