PROOF OF SERVICE

FILED
08 MAY 27 PM 2: 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jerome L. Grimes,
      Plaintiffs,

v.

Robert Schreader, et., al.,
(<u>AKA</u>: Robert Schrader)
      Defendants.

Civil Complaint No.
C08-1241MMC

    I, Jerome L. Grimes, certify that on, *May 27, 2008*, I did personally deliver the below mentioned documents to:

    Law Offices Of:
    Hanson Bridgett, LLP
    425 Market Street, 26th Floor,
    San Francisco, CA. 94105
    ATTN: *Michelle Trausch*

Documents:

1. Notice Of Need For Phone [ADR] Conference, Filed: <u>May 27, 2008</u>.

2. Plaintiffs' 1st Request For Production Of Documents, Filed: <u>05/27/08</u>

3. Proof Of Service.


263 Vernon Street
San Francisco, CA. 94132
(415) 584-1454(H.)    (415) 624-5892(Bus.)

*Jerome L. Grimes*
Jerome L. Grimes
Attorney, In Pro Se