## APPENDIX A - JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 28 PM 12:06

| | |
|---|---|
| Jerome L. Grimes, Plaintiff(s), <br><br> v. <br><br> Robert Schreader, et., al. (AKA: Robert Schrader) Defendant(s). | CASE NO.  C08-1241MMC <br><br> JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

### DESCRIPTION OF THE CASE

1. A brief description of the events underlying the action:

2. The principal factual issues which the parties dispute:
   SEE: (3) Three, Paged, Attachments.
3. The principal legal issues which the parties dispute:

4. The other factual issues *[e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue]* which remain unresolved for the reason stated below and how the parties propose to resolve those issues:

5. The parties which have not been served and the reasons:

6. The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:

7. The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:

### ALTERNATIVE DISPUTE RESOLUTION

8. *[Please indicate the appropriate response(s).]*

☐ The case was automatically assigned to Nonbinding Arbitration at filing and will be ready for the hearing by *(date)* _____.

☐ The parties have filed a Stipulation and Proposed Order Selecting an ADR process *(specify process)*: _____.

☐ The parties filed a Notice of Need for ADR Phone Conference and the phone conference was held on or is scheduled for _____.

☒ The parties have not filed a Stipulation and Proposed Order Selecting an ADR process and the ADR process that the parties jointly request *[or a party separately requests]* is _____.

Published March 2000         **APPENDIX PG. 2**

9. Please indicate any other information regarding ADR process or deadline.

### DISCLOSURES

10. The parties certify that they have made the following disclosures *[list disclosures of persons, documents, damage computations and insurance agreements]*:

### DISCOVERY

11. The parties agree to the following discovery plan *[Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]*:

### TRIAL SCHEDULE

12. The parties request a trial date as follows:

13. The parties expect that the trial will last for the following number of days:

Dated: May 27, 2008                    *Jerome L. Grines*
                                       [Typed name and signature of counsel.]
                                       Jerome L. Grimes, In Pro Per
                                       Attorney, In Pro Se

Dated: _____                  _____
                                       [Typed name and signature of counsel.]

### CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

*[The Court may wish to make additional orders, such as:*
 *a. Referral of the parties to court or private ADR process;*
 *b. Schedule a further Case Management Conference;*
 *c. Schedule the time and content of supplemental disclosures;*
 *d. Specially set motions;*
 *e. Impose limitations on disclosure or discovery;*
 *f. Set time for disclosure of identity, background and opinions of experts;*
 *g. Set deadlines for completing fact and expert discovery;*
 *h. Set time for parties to meet and confer regarding pretrial submissions;*
 *I. Set deadline for hearing motions directed to the merits of the case;*
 *j. Set deadline for submission of pretrial material;*
 *k. Set date and time for pretrial conference;*
 *l. Set a date and time for trial.]*

Dated: _____                  _____
                                       UNITED STATES DISTRICT/MAGISTRATE JUDGE

Published March 2000        **APPENDIX PG. 3** Plus, (3) Three, Attachments.

1. **Brief Description:**

This case arises from the, Unjustified, Continuous-Imprisonment Hardship/Arrest Lasting (21) Twenty-One Days-In-Custody, of, Plaintiff, Jerome L. Grimes, a, Forty-One Year-Old, Attorney-In-Fact/Personal Representative, For, His, Entire Families' Estate In Regards To The Ancillary Succession Of Eula Lane Washington-Grimes-Ford/Plaintiff's, Grandmother. This, Unjustified, Arrest, mentioned above, was the direct result of the, Defendant, Robert Schreader's(AKA: Robert Schrader) fault, negligence, acts, omissions, or, conduct, while, On-Duty, performing, His, work-day as an employee for, Amtrak/Caltrain-Transportation Industry. On, December 26, 2007, Defendant, Robert Schreader(AKA: Robert Schrader), encountered plaintiff onboard, Caltrain #: 54 (AKA: #: 154), and without logical-reasons, took the plaintiff's, Pre-Paid Zone 1-to-Zone 2 Customer Passenger Fare Ticket, and, Ordered, the plaintiff to get-off of this said, Caltrain Vehicle, at the, Belmont Caltrain Station, in Zone 2. When the plaintiff did not immediately move or exit the said, Caltrain #: 54 (AKA: #: 154), defendant became enraged, refused the plaintiff's repeated pleas for the, Caltrain's, (I.D. Identification Number, which was later identified as: #: 54, (AKA: #: 154), then the defendant called the, San Mateo Shriff's Department, to have the plaintiff removed from this said, Caltrain Vehicle, but failed to call the, San Mateo Sheriff's Department, to inform them that the plaintiff removed himself from the said, Caltrain Vehicle Without Incident, leading to, (21) Twenty-One, Days, of Liberty Deprivation, in violation of the plaintiff's, Federal Constitution Rights. Defendant, Robert Schreader (AKA:

Attachment 1 of 3

Robert Schrader), was authorized to call the, San Mateo County Sheriff's Department/Law Enforcement, pursuant to, The-Peninsula Corridor Joint Powers Board's, General Order.

Plaintiff's complaint seeks relief for, Federal Constitutional Liberty Violation, Defamation Of Character, Abuse Of-Authority, Intentional Infliction Of Emotional Distress, and, For Giving Him The Middle Finger In A Very Threatening Manner As The Caltrain Vehicle Pulled-Away From The Belmont Caltrain-Station. As against, Defendant, Peninsula Corridor Joint-Powers Board, plaintiff alleges, His, injuries arises from the negligent supervision and training of, Defendant, Robert Schread (AKA: Robert Schrader), and from a municipal, supervisory policy whereby, Amtrak/Caltrain Employees, Agent, or, Servants, are encouraged to call, Law Enforcement, to remove or abstract people, from the, Caltrain Vehicles, for, Safety And Welfare-Purposes, but are not adequately trained and supervised in the use of engaging and disengaging, Law Enforcement Response, in an, Secure And Stable Setting.

2. Principal Factual Issues In Dispute:

Proportion of damages by the defendant, plaintiff, and, others, which reduces defendants portion of liability. And, proximate cause of the plaintiff's injuries. And defendant's percentage of fault in direct proportion to liability for non-economic damages, i.e., emotional distress, etc.,.

3. Principal Legal Issues In Dispute:

Defendant's liability versus immunity for, His, acts and omissions, and the acts and omissions of, Others, pursuant alleged, Civil Codes, and, Government Codes, cited by the defens

Attachment 2 of 3

4. <u>Other Factual Issues</u>:

Conspiracy: The, Defendant, Robert Schreader (<u>AKA</u>: Robert Schrader)'s, intent to defraud the plaintiff, i.e., plaintiff's, Entire Family, of crude oil, land bonus money - monthly, royalty proceeds monthly, and, mineral interest/ residual income/passive income monthly, and, Mineral Lease- Negotiations, in lieu of, Undervalued Division Orders In Violatic Of Federal Antitrust Laws, on or about/within the, (21) Twenty- One, Days, Continuous Imprisonment Hardship/Unjustified Arrest, Coincidence.

ALTERNATIVE DISPUTE RESOLUTION

The parties have not filed a, Stipulation And Proposed Order Selecting An ADR Process, and the, ADR Process, that the, Plaintiff, separately requests is: <u>Notice Of Need For ADR Phone- Conference</u>.

DISCLOSURES

DISCOVERY

TRIAL SCHEDULE

CASE MANAGEMENT ORDER

Attachment 3 of 3