PROOF OF SERVICE

Jerome L. Grimes,
      Plaintiffs,

      Civil Complaint No.

v.

C08-1241MMC

Robert Schreader, et., al.,
(<u>AKA</u>: Robert Schrader)
      Defendants.


    I, Jerome L. Grimes, certify that on, *May 28, 2008*, I did

personally deliver the below mentioned documents to:

Law Offices Of:
Hanson Bridgett, LLP
425 Market Street, 25th Floor,
San Francisco, CA. 94105
ATTN: *Julie Veit & Dana Puthoy*

Documents:

1. Joint Case Management Statement And Proposed Order, Plus, (3)
Three, Attachments.

2. Proof Of Service.


263 Vernon Street
San Francisco, CA. 94132
(415) 584-1454(H.)    (415) 624-5892(Bus.)

*Jerome L. Grimes*
Jerome L. Grimes
Attorney, In Pro Se