UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES

CASE NO. C08-1241 MMC

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

ROBERT SCHREADER; CALTRAIN

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 20, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jerome L. Grimes | Plaintiff in pro per | (415) 624-5892 | PROJEROME@LIVE.COM |
| Kimon Manolius | Deft. Peninsula Corridor Joint Powers Board | (415) 777-3200 | kmanolius@hansonbridgett.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

_____
Attorney for Plaintiff

Dated: 5/30/08

_____
Attorney for Defendant

Rev 1.05

## PROOF OF SERVICE

I, Lorraine V. Mole, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Jerome L. Grimes v. Robert Schreader; Caltrain*; Case No. CV 08-1241 WDB that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On May 30, 2008, I served a true and accurate copy of the document(s) entitled:

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

*Plaintiff In Pro Per*

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

[ ] (By Hand pursuant to Federal Rules of Civil Procedure 5(b).) I directed each sealed envelope to the party(ies) so designated on the service list to be delivered by courier, Specialized Legal, this date. A copy of the affidavit/declaration under penalty of perjury, signed by the courier, shall be filed/lodged with the court under separate cover.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Lorraine V. Mole*
Lorraine V. Mole

- 1 -

PROOF OF SERVICE                                    1480871.1