1  HANSON BRIDGETT LLP
   KIMON MANOLIUS - 154971
2  kmanolius@hansonbridgett.com
   JULIA H. VEIT - 209207
3  jveit@hansonbridgett.com
   DENA M. DUTHOY - 239900
4  dduthoy@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA 94105
   Telephone:    (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Defendant
   PENINSULA CORRIDOR JOINT POWERS BOARD

8

9              UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 JEROME L. GRIMES,                No. CV 08-1241 MMC

13            Plaintiff,            **DEFENDANT'S REQUEST FOR JUDICIAL
                                    NOTICE IN SUPPORT OF MOTION FOR
14     v.                           JUDGMENT ON THE PLEADINGS**

15 ROBERT SCHREADER; CALTRAIN,      Date: Friday July 11, 2008
                                    Time: 9:00 a.m.
16            Defendants.           Dept.: Courtroom 7, 19th Floor
                                    Judge: Hon. Maxine M. Chesney
17

18

19        Defendant PENINSULA CORRIDOR JOINT POWERS BOARD (erroneously sued as

20 "Caltrain") ("defendant") hereby respectfully requests the Court, pursuant to Federal Rule of

21 Evidence 201, to take judicial notice of the following:

22           ▪ Exhibit A is a true and correct copy of a Pre-Filing Order issued by this

23             Court on December 9, 2005 in connection with *In re cases filed by Jerome*

24             *L. Grimes,* No. 05-80244 CW.

25           ▪ Exhibit B is a true and correct copy of the disposition of the action captioned

26             *Jerome L. Grimes v. Robert Schreader, Caltrain,* No. CV 08-0162 CW and

27             the Complaint therein.

28
                                    - 1 -

1    "A judicially noticed fact must be one not subject to reasonable dispute in that it is

2    either (1) generally known within the territorial jurisdiction of the trial court or (2) capable

3    of accurate and ready determination by resort to sources whose accuracy cannot

4    reasonably be questioned." Fed. R. Evid. 201(b).  "A court shall take judicial notice if

5    requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d).

6    On a motion for judgment on the pleadings, the court may properly look beyond the

7    complaint to judicially noticeable facts. *Mullis v. United States Bank Ct.,* 828 F.2d 1385, 1388

8    (9th Cir. 1987).   Doing so does not convert a Rule 12(c) motion to one for summary

9    judgment.

10    Under Federal Rule of Evidence 201, this Court may take judicial notice of public

11    records. *Lee v. City of Los Angeles,* 250 F.3d 668, 689 (9th Cir. 2001).  Court orders

12    and filings are the type of documents that are properly noticed under the rule. Notice can

13    be taken, however, "only for the limited purpose of recognizing the 'judicial act' that the

14    order represents on the subject matter of the litigation." *Neilson v. Union Bank of Cal.,*

15    *N.A.,* 290 F. Supp. 2d 1101, 1113 (C.D. Cal. 2003) (internal citations omitted.).

16    Accordingly, defendant respectfully requests that this Court take judicial notice of

17    Exhibits A and B, which consist of records and filings made in this Court, in connection

18    with defendant's Motion For Judgment On The Pleadings submitted herewith.

19
20                                                       Respectfully submitted,

21    DATED: May 30, 2008                   HANSON BRIDGETT LLP

22
23                                          By: _Dena M. Duthoy_____
                                                DENA M. DUTHOY
24                                              Attorneys for Defendant
                                                PENINSULA CORRIDOR JOINT
25                                              POWERS BOARD

26
27
28

DEFT'S REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR
JUDGMENT ON THE PLEADINGS; CASE NO. CV-08-1241 MMC                    1462235.1

# EXHIBIT A

1
2
3

**FILED**

DEC - 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10  In re cases filed by                           No. 05-80244 CW

11  JEROME L. GRIMES,                              PRE-FILING ORDER

12              Plaintiff,

13

14  _____/

15

16       On October 28, 2005, the Court issued an order to show cause

17  why it should not issue a pre-filing order, which would require

18  pre-filing review by this Court of any action filed by Mr. Grimes

19  when he is not incarcerated.  Mr. Grimes had thirty days to file a

20  statement showing cause why a pre-filing order should not be

21  issued.  Over thirty days have passed, and he has not filed a

22  statement.

23       Thus, IT IS HEREBY ORDERED that the Clerk of this Court shall

24  not accept for filing any further complaints filed by Jerome

25  Grimes, while he is not incarcerated or detained, until that

26  complaint has first been reviewed by the Court.  A two-stage pre-

27  filing review will be conducted before leave is granted to file the

28

For the Northern District of California

1  action.  First, if the complaint is related to any of the following

2  subject matters:

3      (1)  a diversified group of individuals who commit acts of
            terror against Mr. Grimes, his family and other citizens;

4

5      (2)  an injunction against the defendants to prevent them from
            kidnaping, framing, falsely imprisoning or otherwise
            terrorizing Mr. Grimes, his family, and other citizens;

6

7      (3)  a court order for the defendants to be subjected to a lie
            detector test;

8      (4)  covert terrorism

9  it will not be filed unless it presents cognizable claims that are

10 not based on merely conclusory allegations.  Second, no other

11 complaints filed by Mr. Grimes while he is not incarcerated or

12 detained will be filed unless they contain intelligible factual

13 allegations and claims for relief.  All cases filed by Mr. Grimes

14 while he is not incarcerated or detained shall be forwarded to the

15 undersigned judge, rather than the general duty judge, for pre-

16 filing review.

17     IT IS SO ORDERED.

18
   Dated:    DEC - 9 2005
19                                    CLAUDIA WILKEN
                                     United States District Judge
20

21

22

23

24

25

26

27

28
                                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


Grimes,

                                        Case Number: 05-80244 CW

                                        **CERTIFICATE OF SERVICE**

_____/


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 9, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jerome Grimes
263 Vernon Street
San Francisco, CA 94132


Dated: December 9, 2005

                    Richard W. Wieking, Clerk
                    By: Sheilah Cahill, Deputy Clerk

# EXHIBIT B

CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:08-cv-00162-CW

Grimes v. Schreader et al
Assigned to: Hon. Claudia Wilken
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/11/2008
Date Terminated: 03/10/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Jerome L. Grimes**                     represented by **Jerome L. Grimes**
263 Vernon Street
San Francisco, CA 94132
PRO SE

V.

**Defendant**

**Robert Schreader**

**Defendant**

**Cal Train Corp**

**Defendant**

**Perchal**
*Belmont Police Officer*
*TERMINATED: 02/19/2008*

**Defendant**

**Zuno**
*Belmont Police Officer*
*TERMINATED: 02/19/2008*

**Defendant**

**Lotti**
*Belmont Police Officer*
*TERMINATED: 02/19/2008*

**Defendant**

**R. Del**
*Belmont Police Officer*
*TERMINATED: 02/19/2008*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 01/11/2008 | 1 | COMPLAINT (no process) against Robert Schreader, Cal Train Corp, Perchal, Zuno, Lotti, R. Del. Filed byJerome L. Grimes. (Attachments: # 1 envelope)(cp, COURT STAFF) (Filed on 1/11/2008) (Entered: 01/18/2008) |
| 01/11/2008 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (cp, COURT STAFF) (Filed on 1/11/2008) (Entered: 01/18/2008) |
| 01/11/2008 | | CASE DESIGNATED for Electronic Filing. (cp, COURT STAFF) (Filed on 1/11/2008) (Entered: 01/18/2008) |
| 01/22/2008 | 3 | MOTION for Leave to Proceed in forma pauperis filed by Jerome L. Grimes. (Attachments: # 1 envelope)(cp, COURT STAFF) (Filed on 1/22/2008) (Entered: 01/28/2008) |
| 02/19/2008 | 4 | AMENDED COMPLAINT against Robert Schreader, Cal Train Corp. Filed byJerome L. Grimes. (cp, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |
| 02/19/2008 | 5 | Subpoena filed by Jerome L. Grimes (cp, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |
| 03/10/2008 | 6 | ORDER DISMISSING CASE WITHOUT PREJUDICE. Motions terminated: 3 MOTION for Leave to Proceed in forma pauperis filed by Jerome L. Grimes.. Signed by Judge Claudia Wilken on 3/10/08. (scc, COURT STAFF) (Filed on 3/10/2008) (Entered: 03/10/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/30/2008 14:50:02 | | |
| **PACER Login:** | cs0080 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:08-cv-00162-CW |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

Case 4:08-cv-00162-CW    Document 4    Filed 02/19/2008    RECEIVED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEB 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 FEB 19 P 5: 30

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Filed

"AMENDED"

Jerome L. Grimes,

        Plaintiff,

    v.

1.  Robert Schreader,

2.  Cal Train,

        Defendants.

Civil Complaint No.

CV08-0162(PR) CW

Under, U.S.C. 28, U.S.C. 42, "Abuse Of Authority", Leading To: 1464 Hours/(21) Twenty-One, Days, Of, False-Unjustifiable Arrest And Continuous False Imprisonment Hardship, In Violation Of The Plaintiff's, Rights To Liberty, Constitutional Rights Guaranteed By The Sixth Amendment, Of, The, U.S. Constitution, Due To An, 'Alleged'-"Pre-Paid"-Cal Train-Zone 2-Passenger-Commutter Fare Ticket Misunderstanding, On, December 26, 2007, (12/26/07), at approx-imately, 02:38P.M., (1438 Hours), Onboard, Cal Train #: 54, (AKA: #: 154), At,

I. Jurisdiction

    This civil complaint is made under the jurisdiction of, U.S.C. 28, U.S.C. 42, "Abuse Of Authority", "Constitutional Rights Violations, Plaintiff Guaranteed To Be Free From, Pursuant To The, Sixth, And, Fourteenth Amendments Rights, U.S. Constitution", "Defamation Of character", "Intimidation", And, "Conspiracy".

II. Plaintiff

    The plaintiff resides at, 263 Vernon Street, San Francisco, California 94132, since, His, Birth, in the, Year: 1966, and this place of residence is, His, Home Based Business Office, of, His, Sole-Proprietorship, Doing Business As: Too Sweet To Beat These Video Productions, since, March, 1994. And this place of residence is also the, Home Based Business Office, of the, plaintiff's, Sole-Proprietorship, (DBA:) Doing

(1 of 6)

1  Business As: Futuristic Safety First, "Children

2  Safety And Welfare Program", since, February,

3  1999.

4  III. Defendants

5      The, Defendant, Robert Schreader, resides

6  in, Northern California, and is employed by,

7  Cal Train, LIABLE-Co-Defendant, Doing Business

8  In: Northern California, Headquarter, located

9  at: 1250 San Carlos Avenue, San Carlos,

10  California 94070.

11  IV. Causes Of Action

12      On, December 26, 2007, the day after,

13  Christmas, and, (6) Six, Days, before, New Years

14  Day, 2008, the, Defendant #1, Robert Schreader,

15  Willfully, Intentionally, Deliberately, With

16  Aforethought, Conspired, a plan to try to, Entrap,

17  the, Plaintiff, Jerome L. Grimes, into a, Criminal

18  Act, which was unsuccessful. See: Civil Complaint

19  Number: C05-3622CW. See: December 26, 2008,

20  Cal Train #: 54, Southbound, Approximately: 1438Hrs.,

21  (02:38P.M.), at the, (Zone 2), Belmont, California,

22  Cal Train (Amtrak) Station, San Mateo County, Video

23  Surveillance Security Tapes/CD-ROMS, Onboard,

24  Interior, 2nd Train Car, Approximate Location,

25  Video Footages.

26      The, Defendant#1, Robert Schreader, First:

27  took the, PAID, Zone 2, VALID, Train Ticket,

28  Purchased By: Plaintiff, Jerome L. Grimes, and told

Belmont-Cal Train Station
Southbound Direction.",
(SEE: Cal Train #54, (12/26/07)
02:38P.M./1438Hrs., Video
Surveillance Security Tape
CD-ROMS Footages,(AKA: Cal
Train #: 154),

"Defamation Of Character
"Perjury, Penal Code 811
At, January 14, 2008,-
Preliminary Hearing, In,
Criminal Case Number:
SF355121A, Superior Ct.
Of Ca., San Mateo County
Redwood City Facility",
"Antedating And Falsify-
ing Criminal Incident-
Complaints/Reports To Be
Used In Trial Proceeding
Or Inquiry-Penal Code 13
And, Penal Code 132, On,
December 26, 2007, At,
Belmont-Cal Train Static
County Of San Mateo",
"Covert Kidnapping-Penal
Code 207", "Attempt To
Intimidate And Dissuade
The Plaintiff From Repor
ing The Defendant's Abus

1  Him, to get-off the, Cal Train #: 54, at, Zone 2,

2  Belmont, California, Train Station, an act that,

3  would cause any, Law Abidding Citizen-Cal Train

4  Passenger, to be 'alarmed', when the passenger has

5  a schedule to adhere to, but the plaintiff, Did,

6  NOT, get upset. (SEE: Cal Train #54, Video

7  Surveillance Security Tapes(CD-ROMS), 1438 Hours,

8  (02:38P.M.), December-26, 2007.) Second: the,

9  Defendant #1, Robert Schreader, Refused, the,

10 Plaintiff, Jerome L. Grimes', Repreated Pleas, to

11 have, His, VALID, Purchased, Zone 2, Cal Train

12 Passenger Ticket, returned to, Him,(the plaintiff),

13 for the, Next, Cal Train, at: 1538 Hours(0238P.M.),

14 Belmont, California, Train Station, Yet, the

15 deliberate indifferent defendant, Refused. This,

Of Authority, And,

Attempt To Dissuade The

Plaintiff's, LAW ABIDDIN

**EFFORTS TO ASCERTAIN** THE

CAL TRAIN #54, (FIFTY-

FOUR, I.D.#), Identifica

tion Number, For Herein

Grievance/Civil Abuse-

Report.", "Petty Theft

Of The Plaintiff's, Cash

Purchased Cal Train-

'Pre-Paid'-Passenger-

Commutter Fare Ticket/

Proof Of Purchase.", And

"Conspiracy".

16 Refusal, would also induce and entrap any, Law Abidding-Cal Train, Citizen,

17 Or, Tourists, to become 'alarmed', but the, Passenger/Plaintiff,

18 Jerome L. Grimes, Did, NOT, get upset or threatening. (SEE: Cal Train #: 54,

19 Video Surveillance Security Tapes(CD ROMS), 1438 Hrs.(02:38P.M.), (12/26/07)

20 December 26, 2007.

21 Third: the, Defendant #1, Robert Schreader, Refused, the, Plaintiff,

22 Jerome L. Grimes', Repeated Pleas, for, His,(defendant's), Cal Train(AmTrak),

23 Employee Identification Number, and/or, the, Cal Train's, Identification

24 Number, which too, Refusal, was a, Blatant Covert Terror Intent, to, Induce,

25 and, Entrap, the plaintiff to react in an, Upset Manner, and, Threatening

26 Manner, but that too was, Unsuccessful, against the, Plaintiff,

27 Jerome L. Grimes. (SEE: Cal Train #: 54, AKA: 154, Interior, Onboard, Video

28 Surveillance Security Tapes/CD-ROMS, 1438 Hrs./02:38P.M., December 26, 2007,

At: Belmont Cal Train Station.) ~~~

1    So, the, Defendant, Robert Schreader, told the plaintiff, to get-off

2    of the train(Caltrain #54; AKA: #154), and the, Plaintiff, Jerome L. Grimes,

3    Exited, the train through the, Front Door/(Caltrian Car's Door), on, Video

4    Surveillance Security Tape/CD-ROM, to ontain the, Caltrain's Identification

5    Number, located at the, Front Of The Caltrain Conductor's Compartment, which

6    was then identified as: #:54, which, COINCIDENTALLY, is the last, (2) Two,

7    Numbers Of The Plaintiff's, Home Telephone Number: (415) 584-1454(H.).

8    Defendant, Robert Schreader, tried to, Intimidate, and, Dissuade, the

9    plaintiff, from, 'Ascertaining', that particular, Caltrain Car's Identifica-

10   tion Number, by, calling the, San Mateo Sheriff's Department/ by, Threatenin

11   To Cal The Police, before the plaintiff walked to the, Front Of The Cal-

12   train Cars To Get Off The Train/(Exit), and, Obtain, Number: 54, as the,

13   Identification Number, of that particular, Southbound, 1428 Hours, 02:38P.M

14   Caltrain, Belmont, California, Passenger/Commutter Train.(AKA: #154).

15   SEE: Caltrain #:54, Video & Audio/Audex Surveillance Security Tapes/CD-ROMS,

16   1438 Hours/02:38P.M, (12/26/08), December 26, 2007.)

17   The, Defendant, Robert Schreader, 'in-other-words, "Failed To Disengag

18   The Enroute Sheriff Officers, After, He,(Defendant), Hastily, Emotionally,

19   Irrationally, and, Illogically, CALLED, the, San Mateo County Sheriff's

20   Department, because, I,(Plaintiff), In Pro Per, did not jump-off of the

21   train, Immediately, which means I could hurt myself running on the,

22   Belmont Caltrain Station Platform, in an attempt to get upto the, Front-Of-

23   The-Train, to, OBTAIN, said, Caltrain Identification Number: 54 (AKA: 154)

24   __which, He, COINCIDENTALLY, Illegally Refused To Give, Me, During, My,

25   __Repeated Pleas, which, Covertly, Induced, and, Entrapped, Me, to, Do,

26   what every, Law Abiding, Caltrain Passenger/Paying Customer, would do to

27   obtain, said, Caltrain's Identification Number, which, His, Unjustifiable,

28   911 Emergency Telephone Dispatch Call, was a, Direct, Attempt, to, TRY,

(4 of 6)

And, INTIMIDATE/DISSUADE, Me,,(the plaintiff), from, Obtaining; "Live And

Caught On Video Footage And Audex Recording.".

This above mentioned, State, and/or, Federal Law Causes Of Action,

caused this herein, False, San Mateo County Sheriff's Department Police

Incident Report Number: <u>007830034</u>, and the, Resulting, <u>1464</u> Hours (One

Thousand And Sixty-Four Hours) Continuous False Imprisonment Hardship, for

a threat crime the, Defendant, Robert Schreader, knew I, the plaintiff, was

is, Innocent Of, just, (5) Five, Days, before, <u>New Years Day, 2008</u>, and,

just, (1) One, Day, after, <u>Christmas Day, 2007</u>, which is the, 'cold blooded

modus operandi, of the, Post-09/11/01, covert terror network'.

<u>SEE</u>: Above mentioned, Video Surveillance Security Footages, mentioned above.)

<u>SEE</u>: <u>Jerome L. Grimes  v.  Mr. Pahlavan, et., al.,</u>

U.S. District Court, Northern District Of California, Case No.: <u>C06-  CV</u>

V.  Previous Lawsuits

1. <u>Jerome L. Grimes  v.  Bruce G. Turner, et., al.,</u>

U.S. District Court, Northern District Of California,
Civil Complaint No.: <u>C04-4691EDL</u>

VI.  Remedy Exhausted

The, Defendant, Robert Schreader, under the color of authority as a,

Caltrain's Employee, Committed Perjury, at the, <u>January 14, 2008</u>, Criminal

Preliminary Hearing Examination, Department #: <u>12</u>, Superior Court Of Calif

Redwood City Facility, County Of San Mateo, Case No.: <u>SF355121A</u>, which is,

Proof, that, He, will, NEVER, admit to a, Conspiracy/Abuse Of Authority.

VII.  Relief Requested

An  order for the, Defendant, Robert Schreader, to be fired, from,

His, employment as a, Caltrain Agent, in memory of the, <u>March 11, 2004</u>,

Madrid, Spain, Covert Terror Victims.

Punitive Damages:  $1,000,000.00 ( One Million Dollars)

Damages:  $50,000.00 (Fifty Thousand Dollars)

*(5 of 6)*

1   And in the, Defendant, Robert Schreader's, Individual Capacity:

2   $4,200.00 (Four Thousand Two Hundred Dollars), which equals, $100.00

3   (One Hundred Dollars), Per Day, pursuant to the, State Of California's

4   Constitutional Rights, Article 1, Section 15, and, Title 15, of the,

5   State Of California Department Of Corrections, Rules And Regulations Handboo

6   Sum Total:  Twice The Amount, of, $2,100.00, = 21 Days x $100.00,
                (Twenty-One Hundred Dollars)
7                        or,
                (Two Thousand One Hundred Dollars)

8                        times (x) twice the amount

9                   $4,200.00

10

11

12

13                              *Jerome L. Grimes*

14   Dated:  January 24, 2008            Jerome L. Grimes
                                         Plaintiff, In Pro Per
15                                              And,
                                           Director Of:
16                                    Futuristic Safety First,
                                "Children Safety And Welfare Program"
17                                 (1977-02/10/84)      (07/27/81)
                                            (10/31/85:Holloween 1985)

18

19

20

21

22

23

24

25

26

27

28

(6 of 6)

Jerome L. Grimes Case 4:08-cv-00162-CW   Document 1   Filed 01/11/2008   Page 1 of 10
263 Vernon Street                      FOR THE NORTHERN DISTRICT OF California
San Francisco, CA. 94132                                    FILED         Case #: SF355/21A
Futuristic Safety First                                                   Jerome L. GRIMES
"Children Safety and Welfare Program"        JAN 11 2008                   Jail I.D. #: 246721
Home Based Business Office
(415) 584-1454 (H)   (415) 624-5892 (Bus.)   RICHARD W. WIEKING           300 Bradford Street
                                             CLERK, U.S. DISTRICT COURT    Redwood City, CA. 9403
                                             NORTHERN DISTRICT OF CALIFORNIA

Jerome L. Grimes                              Civil Complaint No.
            Plaintiff,                        CV 08   0162
                                                                    "March 03 2006 — Today"
      Vs.                                                           "Conspiracy"
1. Robert Schreader                           CW (PR)               "Penal Code 132-
   (Amtrak/Cal Train Employee)                                     Committed By A
2. Cal Train, Corp.,                                               State Actor",
3. Belmont Police Officer, Perchal #: ___,                         "Suppression
   (1970's white Decent)   (AKA: Officer Wallace #: ___)           OF Video
   (AKA: Officer Headman)(AKA: Officer Zentner)(AKA:Officer Dahmer) Surveillance
4. Belmont Police Officer, (John DOE          )       ___,         Tapes",
   (1970's cult of Team)   (AKA: O'Toole)
5. Belmont Police Officer, Zano #: ___,                            "Penal Code 134-
6. Belmont Police Officer, Lotti #: ___,                           Committed By
7. Belmont Police Officer, Deeb R      #: ___,                     A State
            Defendants (288 Million Plexs Guilty)                  Actor"
                                                                   Penal Code 811
                                                                   Committed By
I. Jurisdiction                                                    A State Actor"
         This Civil complaint is made                              Covert Kidnapping
   under the jurisdiction of, Conspiracy                           Hijacking Post-09/11
   Penal Code 132, Penal Code 132 By A                             (09/11/01) Terror"
   State Actor, Penal Code 134, Penal Code                         "Invasion of Privacy"
   134 By A State Actor", "Suppression                             "Racial Discrimination"
   Off On board Cal Train #54 Video                                "Oklahoma City Bomber"
   Surveillance Security Tape/Cp-Rom,                              1970's Jonestown
   December 26, 2007, Approximately.                               Child Molestators"
       Arrived At The Belmont, CA                                  "Mass Murderers"
   Cal Train Station, San Jose Board",                             "Watts Riots Cattle
                                                                   Gas Terror"

"March 02, 2006, Premeditated Broken Jaw Terror 664/187P.
"Invasion Of Privacy Since 1995 With Terror Intent-Illega
Chip Terror Tele-Tooth, Imp, etc. (Lie Detector Test, Them.)

"Copyrights Infringements",        "Copyright Infringement
Penal Code 811, Perjury,           "Child Abduction-
"Penal Code 811 Committed By A     Of My Children-
State Actor", "Covert Hijacking/   While Newborns",
Covert Kidnapping Post-09/11/01 Terror  "Inheritance Thefts-
Post-03/11/04 Terror", "Racial-    Bank Robberies Agains
Discrimination", "Oklahoma City    My Father And
Bombers", "1970's Jonestown Child- Families", "Murders
molestor Mass Murderers",         "Terrorist Threat Frame
"1990 Watts Riot 10,000 missing-   Up" And, "Covert
Train Cattle Car Terror",          Terrorism On Public
"Child Abduction And Concealment   Train Mass Transit
Of My Children During Births       Cal Train System
(Multiple Newborns)", "Attempt     In Northern-
Of murder Fences, Against, Me,     California", An
March 02, 2006, Terror",           "Criminal Impersonat
"Inheritances Thefts Bank Robberies Fences Against My
Against my Father And Families",   Families Motive
"Frame-Up Of Penal Code 422        Antioch Field
Felony Terrorist Threats A         In Homer, Louisiana
Strikable Offense", "Covert-       Claiborne Parish".
Terrorism On Public Mass Transportation
Cal Train #54 March 26, 2007, San Francisco-
To San Jose Bound Direction In Northern California
"Mass Criminal Impersonation Fences Against
My Families Motive Theft Of Oil Royalties And
Mineral Proceeds (Land) Antioch Field, Somer

(Remote Controlled Automotive Brakes And
Gravel Terror Against Lisa Gravel "Lyft" —
Montbleau Hardware)

③

Louisiana, Claibourn Parish / Almer Washington Est
"1996 Murder of James Jordan", "Conspired-
Premeditated Murder Of Victim James Jordan"
"Falsifying Belmont Police Incident Reports".

II. Plaintiff

The plaintiff resides in, Northern California
at, 263 Vernon Street, San Francisco, California
94132, since, birth, in, 1966, and this place
of residence is, His, HOME BASED BUSINESS OFFICE
of, Futuristic Safety First, "Children Safety And-
Welfare Program", since, February, 1999, and,
HOME BASED BUSINESS OFFICE, of, His, other,
Sole-Proprietorship Business, "Too Sweet To
Beat These Video Productions", since, March
1994.

III. Defendant

Defendant #1, Robert Schreader, resides
in, Northern California, and is employed
by, Cal Train (Amtrak) Corporation, doing
business in: Northern California, identified as,
(Liable) Defendant #2.

Defendants #3 - #7, resides in, Northern
California, and are, State Actors, Employed
as, Law Enforcement Officers, in the State
of California, City of Belmont, County of San Mateo

④

## IV. Causes Of Action

On, December 26, 2007, the day after, Christmas, and (6) Six, Days, before, New Years Day 2008, the, Defendant #1, Robert Schreader, willfully, deliberately, intentionally, with aforethought, Conspired, a plan to try to, Entrap, the, Plaintiff, Jerome L. Grimes, into a, Criminal Act, which was unsuccessful. SEE: Civil Complaint Number: C05-3622 cw. SEE: December 26, 2007, Cal Train #54, Southbound Approximately: 1438 Hours (02:38 p.m.), at the, (Zone 2) Belmont, California, Cal Train (Amtrak) Station, San Mateo County, VIDEO SURVEILLANCE SECURITY TAPES (CD-ROMS), Onboard, Interior, 2nd Train Car, Approximate, Video Footages.

The, Defendant #1, Robert Schreader, first: took the, PAID, Zone 2, VALID, Train Ticket, Purchased By: Plaintiff, Jerome L. Grimes, and told, Him, to get off the, Cal Train #54, at, Zone 2, Belmont, California, Train Station, an act that, would cause any, Law Abidding Citizen Cal Train Passenger to be, "alarmed," when the passenger has a schedule to adhere to, but the plaintiff, did, NOT, get upset. (See: Cal Train #54, Video Surveillance Security Tapes (CD-ROMS), 1438 Hours, December 26. 200?

Second: the, Defendant #1, Robert Schreader, Refused The Plaintiff's Repeated Pleas, to have, His, VALID, Purchased, Zone 2, Cal Train Passenger Ticket, returned to, Him, for the, Next Cal Train, At: 1538 Hours, Belmount, California, Train Station, Yet, the deliberate indifferent defendant refuse This, Refusal, would also induce and entrap any, Law Abidding Cal Train Passenger, Citizen, OR, Tourist, to become alarmed, but the passenger, Plaintiff, Jerome L. Grimes, did, NOT, get upset or threatening. (See: Cal Train #54, Video Surveillance Security Tapes (CD-Roms), 1438 Hours (02:38P.m.) Dec. 26, 200.

Third: the, Defendant #1, Robert Schreader, Refused The Plaintiff's Repeated Pleas, for, His, (defendant's), Cal Train (Amtrak) Employee Identification Number, and/or, the, Cal Train, Identification Number, which too, Refusal, was a, Blatant Covert Terror Intent, to, Induce, and, Entrap, the plaintiff to react in an, Upset Manner, 1920's Psychological Jonestown Mind Control Attempt, but that too was, Unsuccessful, against the, Plaintiff, Jerome L. Grimes. (See: Cal Train #5. Interior, Onboard, Video Surveillance Security Tape: (CD-Roms), 1438 Hours (02:38P.m.), December 26, 2007, Belmont, California, Cal Train Station.)

So, the, Defendant, Robert Schreader, told the plaintiff to get off of the train, and the, plaintiff, Jerome L. Grimes, Exited, the train through the, <u>Front</u>-Train/Cal Train Cars' Door, on, Video Surveillance Security Tape, to obtain the, Cal Train's Identification Number, located at the, Front of The Cal Train Conductor's Department, which was then identified as: #:<u>54</u>, which, COINCIDENTALLY, is the last, (2) Two, Numbers of The Plaintiff's, Home Telepho. Number: (415) 584-14(54)(H.).(Highly Sophisticated TERROR Communic. Premeditation Evidence) (Lie Detector Test, Defendants.)

   Defendant, Robert Schreader, tried to, (Schreader) (SEE: Cal Train Video)
Intimidate, and, Dissuade, the plaintiff from, Ascertaining, that particular, plaintiff from, Identification Number, by, Calling The Cal Train Cars' [Co-Def's] Police/by" Threatening To Call The Belmont the plaintiff walked to the, Front Of The Cal Train Cars To Get Off The Train/(Exit) and Obtain #:<u>54</u> as the, Identification Number, of that particular, <u>Southbound</u>, <u>1438 Hours</u>/<u>02:38 P.m.</u>, Cal Train, Belmont, California, Passenger Train.
(✱)(AKA: Cal Train #:154)(✱)

① (SEE: Cal Train #54, Video Surveillance Security Tapes (CD-ROMs), 1438 Hours (02:38 P.M.), (12/26/07) December 26, 2007.)

The, Defendants #3, #4, #5, #6, and, #7, but Especially, Defendant #3, Belmont Police Officer, Perchal #: __ (AKA: Officer, Wallace #: __) and,

Defendant #7, Belmont Police Officer, Del R____ #: __ WERE, Deliberate Indifferent, and, Falsified Belmont Police Incident Report Number: __ with the, Premeditated, Conspired, "Intent To Covertly Kidnap/Post-09/11/01-Hijack The Plaintiff, Jerome L. Grimes, For, New Years Eve/New Year Day, 2008, And, Beyond," which consists of, Physically Moved, ⑤ Five Feet, Under, Force, Fear, And, Handcuffs, at a time these defendants knew that the plaintiff, was, Innocent, of any, Crime In Violation Of The State Of California Penal Codes, especially a crime of Penal Code 422 Threat Against, Defendant #1, Robert Schreader's, Person, OR, Family," which was a, Willful, Malicious Frame-Up, Kidnap, and, Abuse of Authority, while Deliberately, Trying/Attempting, To, Contaminate/ Poison/Viral, or, Bacillus Terrorize The Plaintiff WRIST CUTS (WOUNDS ON WRIST), at, Handcuffed Areas On Wrist, on, Ralston Avenue, Belmont

Call: San Mateo County Private Defender Program: Case #: SF355121 Attorney: Connie O'Brien (650) 763-3930, For: (Belmont Police Incident Report No.: 07/3261/07) SEE:

(Sunnyvale, CA, June, 1999 Hotel, Motel, Holiday Inn Idea.) (SEE: 10/26/05 Terror 7K Gas Station, Oakland CA

⑧ California, Walgreens Store Parking Lot.

SEE: Walgreens Store Parking Lot Video Surveillance Security Tapes/CD-Roms; and/or, Radio Shack Store Parking Lot Video Surveillance Security Tapes/CD-Roms, SHARED, Parking Lot, of, Walgreens; and, Radio Shack, December 26, 2007, 1451 Hours (02:51 P.m.) - To - 1534 Hours (03:34 P.m.),

SEE: Belmont Police Department 911 CAD Report Print-Out, And, Audio Recorded CD-Rom Tape Number: _____

And, "Falsified" - Belmont Police Incident Report No.: _____ (Lie Detector Test, Defendant)

V. PREVIOUS LAWSUITS

1. JEROME L. GRIMES    V. 1. Joseph Russo
                            2. Radio Shack
   United States District Court, Northern District of California
   Civil Complaint No. C04-_____ CW

2. JEROME L. GRIMES    V. 1. Vi Thang Hoang
                            2. Mike Huynh
                            3. Mr. Wieledler
                            4. Radio Shack
   U.S. District Court, Northern District of California
   Civil Complaint No. C03-_____ CW

3. JEROME L. GRIMES    V. 1. Mac Pahlavan,
                            2. Mr. Ernesto Flores,
                            3. DOA. Airport Rental Car
   U.S. District Court, Northern District of California
   Civil Complaint No. C0K-_____

⑨

## VI. Remedy Exhausted

A diversified group of individuals have entered these institutions with the intent to try to obtain immunity from prosecution, WHEN, not, If, they get caught, for, Their, Premeditated, Crazy, Coincidental, Cooky, Exploitive, Desparate, Dispicable, Suicidal, Terrorist Acts, against the plaintiff, against the plaintiff's, Families, Network, Prospective Investors, as well as, against, other Citizen and, Tourists. And it is a well known, Fact, that these diversified group of individuals will, NEVER, admit to a, Conspiracy.

## VII. Relief Requested

An, Court Order, for the defendants, to be, Lie Detector Tested, as an, Anti-Terrorism Measure, to ascertain their involvement in, Post-09/11/01 Terror, Pre-09/11/01 Terror, 09/11/01 Covert Terror, and the, Conspiracy, against the plaintiff, Before, and, After, March 02, 2006, Covert Terror, Using, ⑪ Eleven, Nights of Acid Drops In mouth

(10)

While Sleeping, to cause, Broken Mandibular,
then, Death, during, Premeditated Sabotaged
Low Mandibular Plastic Surgery / Attempted
Murder Premeditated By State Actors:
March 02, 2006, -To- March 10, 2006.

(See: Civil Complaint Number: CO6-2799Cw

Punitive Damages: $1,200,000.⁰⁰ (One -
Million Two Hundred
Thousand Dollars)

Damages: $100,000.⁰⁰ + $665,000.⁰⁰
= $765,000.⁰⁰ (Seven Hundred
And Sixty-Five Thousand
Dollars).
And in the individual capacities of,
EACH defendant: $12,500.⁰⁰ (Twelve
Thousand Five Hundred
Dollars), Per Defendant

Dated: January 01, 2008        Jerome F. Grimes
                              Jerome F. Grimes
                              Plaintiff In Proper

Futuristic Safety First "children safety first" little ge-