HANSON BRIDGETT LLP
KIMON MANOLIUS - 154971
kmanolius@hansonbridgett.com
JULIA H. VEIT - 209207
jveit@hansonbridgett.com
DENA M. DUTHOY - 239900
dduthoy@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
PENINSULA CORRIDOR JOINT POWERS BOARD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT SCHREADER; CALTRAIN,<br><br>    Defendants. | No. CV 08-1241 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: Friday July 11, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

    The Motion for Judgment on the Pleadings by Defendant PENINSULA CORRIDOR JOINT POWERS BOARD came on regularly for hearing on July 11, 2008, at 9:00 a.m. in Courtroom 7 of the above-entitled Court. Appearances by counsel and by plaintiff Jerome L. Grimes are as reflected in the record of the hearing.

    Having reviewed and considered the parties' papers, the contents of the Court's file in this matter, and arguments of counsel, with good cause appearing, the Court hereby finds as follows:

    Plaintiff's complaint fails to state a valid claim upon which relief can be granted and therefore defendant is entitled to judgment as a matter of law pursuant to Federal

- 1 -

Rules of Civil Procedure Rule 12(c).

**IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the Pleadings is **GRANTED** and that plaintiff's complaint is dismissed with prejudice.

**SO ORDERED.**

DATED: _____, 2008

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

- 2 -

[PROPOSED] ORDER GRANTING DEFT'S MOTION FOR JUDGMENT
ON THE PLEADINGS; CASE NO. CV-08-1241 MMC

1462236.1