PROOF OF SERVICE

FILED
08 JUN -2 PM 3:19

Jerome L. Grimes,
         Plaintiffs,

v.

Robert Schreader, et., al.,
(AKA:  Robert Schrader)
         Defendants.

Civil Complaint No.

C08-1241MMC

I, Jerome L. Grimes, certify that on, June 02, 2008 I did personally deliver the below mentioned documents to:

    Law Offices Of:
    Hanson Bridgett, LLP
    425 Market Street, 25th Floor,
    San Francisco, CA. 94105
    ATTN: Julie Veit & Dona Duthoy

Documents:

1. Plaintiff's First Response And Objection To Defendants' Deposition.

2. Plaintiff's, State Court, Request For 911 Record (12/26/07).

3. 12/26/07, San Mateo County 911, Incident No.: SOS070007268.

4. Proof Of Service.

263 Vernon Street
San Francisco, CA. 94132
(415) 584-1454(H.)    (415) 624-5892(Bus.)

Jerome L. Grimes
Attorney, In Pro Se