1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,                                    No. C-08-1241 MMC

       Plaintiff,

       v.                                          **ORDER OF REFERRAL**

ROBERT SCHREADER, et al.,

       Defendants.

_____/

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Claudia Wilken for consideration of whether the case is related to <u>Jerome L. Grimes v. Robert Schreader, et al.</u>, C-08-0162 CW, and <u>In re cases filed by Jerome L. Grimes</u>, C-05-80244 MISC CW.

    **IT IS SO ORDERED.**

Dated: June 5, 2008

                                MAXINE M. CHESNEY
                                United States District Judge