HANSON BRIDGETT LLP
KIMON MANOLIUS - 154971
kmanolius@hansonbridgett.com
JULIA H. VEIT - 209207
jveit@hansonbridgett.com
DENA M. DUTHOY - 239900
dduthoy@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
PENINSULA CORRIDOR JOINT POWERS BOARD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT SCHREADER; CALTRAIN,<br><br>Defendants. | No. CV 08-1241 MMC<br><br>**RESPONSE TO JUNE 5, 2008 ORDER OF REFERRAL** |

Pursuant to the United States District Court for the Northern District of California's Civil Local Rule ("ND Cal Civil L.R.") 3-12(c), defendant PENINSULA CORRIDOR JOINT POWERS BOARD erroneously sued as CALTRAIN ("JPB") submits this response in support of the Hon. Judge Maxine M. Chesney's June 5, 2008 Order of Referral for consideration of whether the below cases are related:

1. *In re cases filed by Jerome L. Grimes*, Case No. No. 05-80244 CW, filed October 28, 2005.

2. *Jerome L. Grimes v. Robert Schreader; Caltrain*, Case No. CV 08-0162 CW, filed January 11, 2008;

3. *Jerome L. Grimes v. Robert Schreader; Caltrain*, Case No. CV 08-1241 MMC, removed from San Mateo Superior Court on March 3, 2008.

- 1 -

The above-referenced cases meet the qualifications set forth in ND Cal Civil L.R. 3-12(a) insofar as both concern substantially the same parties and events, and, if the cases are conducted before different judges, there will be an unduly burdensome duplication of labor and a likely risk of conflicting rulings.

With respect to the cases listed in items 2 and 3 above, both cases seek the identical relief against the same parties. (See, pp. 5-6 of Complaint in Case No. CV 08-0162 CW; pp. 5-6 of Complaint in Case No. CV 08-1241 MMC.) Both cases involve an event purportedly occurring December 26, 2007, which plaintiff alleges constituted an "Abuse Of Authority…In Violation Of The Plaintiff's, [Sic] Rights To Liberty, Constitutional Rights Guaranteed By The 6th Amendment, Of The, [Sic] U.S. Constitution…" Both Complaints allege the defendants' conduct "… is the, 'cold blooded modus operandi, of the, [sic] Post-09/11/01, covert terror network.'" (See, e.g., p. 5 of Complaint in Case No. CV 08-0162 CW; p. 5 of Complaint in Case No. CV 08-1241 MMC.) Indeed, the operative Complaints filed in the above two actions are virtually identical but for a few handwritten markings. Accordingly, because the actions involve the exact same parties, events, and issues, the cases should be conducted before the same judge to avoid an unduly burdensome duplication of labor and/or conflicting rulings.

With respect to the case listed in item 1 above, the Pre-Filing Order filed in that matter states:

> "The First, if the complaint is related to any of the following subject matters: (1) a diversified group of individuals who **commit acts of terror against Mr. Grimes**, his family and other citizens; (2) an injunction against the defendants, to prevent them from kidnapping, framing, **falsely imprisoning or otherwise terrorizing Mr. Grimes**, his family, and other citizens; (3) a court order for the defendants to be subjected to a lie detector test (4) **covert terrorism**, it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, **no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief**." (Pre-Filing Order, In re cases filed by Jerome L. Grimes, No. 05-80244 CW, filed December 9, 2005, 2:1-13 (Emph. added).)

Both the Complaints in items 2 and 3 listed above allege the defendants' conduct "… is the, 'cold blooded modus operandi, of the, [sic] Post-09/11/01, covert terror network.'" (See, e.g.,

1  p. 5 of Complaint in Case No. CV 08-0162 CW; p. 5 of Complaint in Case No. CV 08-1241
2  MMC.) Further, both involve the purported kidnapping, false imprisonment, or the terrorizing of
3  Mr. Grimes. (*Id.*) Both seek an order firing a defendant from his employment "in memory of the,
4  March 11, 2004, Madrid, Spain, Covert Terror Victims," as well as $1 million in punitive damages.
5  (See, p. 5 of Complaint in Case No. CV 08-1241 MMC, (punctuation and emphasis in original)
6  and p. 5 of Complaint in Case No. CV 08-0162 CW.)  Accordingly, because all three actions
7  involve pro per plaintiff Grimes' allegations of "terror," "kidnapping," and "false imprisonment," and
8  thus, also involve similar issues and events, the cases should be conducted before the same
9  judge to avoid an unduly burdensome duplication of labor and/or conflicting rulings.

     Shortly after the removal of Case No. CV 08-1241 WDB from San Mateo Superior Court, JPB discovered Case No. CV 08-0162 CW in a docket search of the Northern District of California's online files. (Declaration of Dena M. Duthoy, ¶3.) JBP was not served in connection with, nor did it appear in, Case No. CV 08-0162 CW. (Id., ¶4.) In accordance with ND Cal Civil L.R. 7-11, JPB requested that plaintiff stipulate that the above-referenced cases are related and that plaintiff join in this motion. Plaintiff responded to this request by phone and indicated that he had no objection to this motion and that he agreed that the cases are related. (Id., ¶5.) However, prior to the filing of JPB's Administrative Motion to Consider Whether Cases Should be Related, JPB discovered that Case No. CV 08-162 CW had been closed; and thus, did not file its motion as it believed this related case was no longer pending. (Id., ¶6.)

     Nonetheless, JPB respectfully requests the Court consider the cases named in items 1, 2, and 3 herein related pursuant to ND Cal Civil L.R. 3-12(a) and the June 5, 2008 Order of Referral issued by Hon. Judge Maxine M. Chesney.

DATED: June 6, 2008

HANSON BRIDGETT LLP

By: *Dena M. Duthoy*
DENA M. DUTHOY
Attorneys for Defendant
PENINSULA CORRIDOR JOINT
POWERS BOARD

## PROOF OF SERVICE

I, Lorraine V. Mole, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Jerome L. Grimes v. Robert Schreader; Caltrain*; Case No. CV 08-1241 WDB that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On June 6, 2008, I served a true and accurate copy of the document(s) entitled:

**Response to June 5, 2008 Order of Referral;**

**Declaration of Dena M. Duthoy in Support of Response to Order of Referral**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

*Plaintiff In Pro Per*

☐ (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☒ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via <u>UPS Next Day</u> to the party(ies) so designated on the service list.

☐ (By Hand pursuant to Federal Rules of Civil Procedure 5(b).) I directed each sealed envelope to the party(ies) so designated on the service list to be delivered by courier, Specialized Legal, this date. A copy of the affidavit/declaration under penalty of perjury, signed by the courier, shall be filed/lodged with the court under separate cover.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lorraine V. Mole

PROOF OF SERVICE                                                                                         1485159.1