```
 1  HANSON BRIDGETT LLP
    KIMON MANOLIUS - 154971
 2  kmanolius@hansonbridgett.com
    JULIA H. VEIT - 209207
 3  jveit@hansonbridgett.com
    DENA M. DUTHOY - 239900
 4  dduthoy@hansonbridgett.com
    425 Market Street, 26th Floor
 5  San Francisco, CA  94105
    Telephone:  (415) 777-3200
 6  Facsimile:  (415) 541-9366

 7  Attorneys for Defendant
    PENINSULA CORRIDOR JOINT POWERS BOARD
 8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT SCHREADER; CALTRAIN,<br><br>    Defendants. | No. CV 08-0162<br><br>**DECLARATION OF DENA M. DUTHOY IN SUPPORT OF RESPONSE TO ORDER OF REFERRAL** |

I, DENA M. DUTHOY, declare as follows:

1.  I am duly licensed to practice law in the State of California. I am an attorney with Hanson Bridgett LLP, attorneys of record for Defendant PENINSULA CORRIDOR JOINT POWERS BOARD ("JPB") in this action. I make this Declaration in support of JPB's Response to Order of Referral filed herewith. I have personal knowledge of the facts stated herein, and if called upon, could and would competently testify thereto. All of the matters stated herein are known to me personally unless otherwise stated on information and belief and with regard to those responses stated upon information and belief, I am informed and reasonably believe them to be true.

2.  On March 3, 2008, JPB removed the lawsuit now pending in this Court entitled *Jerome L. Grimes v. Robert Schreader; Caltrain*, Case No. CV 08-1241 WDB

- 1 -

from San Mateo Superior Court.

3. Shortly after the removal of Case No. CV 08-1241 WDB from San Mateo Superior Court, this office discovered the case entitled *Jerome L. Grimes v. Robert Schreader; Caltrain*, Case No. CV 08-0162 CW, filed January 11, 2008, in a docket search of the Northern District of California's online files. I am informed and believe that JBP has not been served in connection with, nor appeared in, Case No. CV 08-0162 CW.

4. In accordance with ND Cal Civil L.R. 7-11, I sent correspondence to plaintiff requesting that he stipulate that Case No. CV 08-0162 CW and Case No. CV 08-1241 WDB are related and that plaintiff join in JPB's Administrative Motion to Consider Whether Cases Should be Related. A true and correct copy of this correspondence dated March 6, 2008 and sent by overnight mail, is attached hereto as **Exhibit A**.

5. Plaintiff responded to this request by phone and stated that he had no objection to this motion and that he agreed that the cases are related.

6. Prior to the filing of JPB's Administrative Motion to Consider Whether Cases Should be Related, this office discovered that Case No. CV 08-162 CW had been closed; and thus, JPB did not file its motion as it believed this related case was no longer pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, except those matters stated on the basis of information and belief, and for those matters and on that basis, I declare them to be true and correct.

Executed this 6th day of June, 2008 in San Francisco, California.

*/s/ Dena M. Duthoy*
DENA M. DUTHOY

**EXHIBIT A**

**HANSON BRIDGETT**

**MARCUS VLAHOS RUDY·LLP**

**DENA M. DUTHOY**
ATTORNEY AT LAW
DIRECT DIAL 415 9955865
REPLY TO SAN FRANCISCO
E-MAIL dduthoy@hansonbridgett.com

March 6, 2008

VIA OVERNIGHT MAIL

Mr. Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Re:   *Jerome L. Grimes v. Robert Schreader; Caltrain*

Dear Mr. Grimes:

As you know, this office represents the Peninsula Corridor Joint Powers Board also known as Caltrain ("JPB").

We believe that the following two cases pending in the United States District Court Northern District of California are related:

1. *Jerome L. Grimes v. Robert Schreader; Caltrain*, Case No. CV 08-0162 CW, filed January 11, 2008;

2. *Jerome L. Grimes v. Robert Schreader; Caltrain*, Case No. CV 08-1241 WDB, removed from San Mateo Superior Court on March 3, 2008.

Accordingly, we request that you stipulate that these cases are substantially related and request that you join in JPB's Administrative Motion to Consider Whether Cases Should be Related pursuant to Northern District California Civil Local Rule 3-12(b).

Please respond to this request by **5:00 p.m. on Tuesday, March 11, 2008**. You can reach me at (415)995-5865 or Julie Veit at (415)995-5887. If you do not respond by that time, we will proceed with the Administrative Motion to Consider Whether Cases Should be Related.

Thank you,

*Dena M. Duthoy*
Dena M. Duthoy

cc: Kimon Manolius, Esq.
    Julia H. Veit, Esq.

LAW OFFICES
WWW.HANSONBRIDGETT.COM

SAN FRANCISCO
425 MARKET STREET
26TH FLOOR
SAN FRANCISCO · CALIFORNIA 94105
TELEPHONE 415.777.3200
FACSIMILE 415.541.9366
SF@HANSONBRIDGETT.COM

NORTH BAY
WOOD ISLAND
80 E. SIR FRANCIS DRAKE BLVD.·SUITE 3E
LARKSPUR · CALIFORNIA 94939
TELEPHONE 415.925.8400
FACSIMILE 415.925.8409
NORTHBAY@HANSONBRIDGETT.COM

SACRAMENTO
980 NINTH STREET
SUITE 1500
SACRAMENTO · CALIFORNIA 95814
TELEPHONE 916.442.3333
FACSIMILE 916.442.2348
SAC@HANSONBRIDGETT.COM

1429929.1