United States District Court
For The Northern District Of California

Jerome L. Grimes,
    Plaintiff,

v.

Robert Schreader, et., al.,
(AKA: Robert Schrader)
(AKA: Rob)
    Defendants.

Civil Complaint No.
C08-1241mmc

Informational Motion
E-mail Address — Change

FILED
08 JUN -6 PM 3:48
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

New Information

The plaintiff's, New, E-mail Address, is:

Projerome@Live.com

Dated: June 06, 2008

Jerome L. Grimes
Jerome L. Grimes
Plaintiff, In Pro Per
In Pro Se, Attorney