UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES

                    Plaintiff(s),

         v.

ROBERT SCHREADER; CALTRAIN

                 Defendant(s).
_____/

CASE NO. C08-1241 MMC

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 20, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
| Jerome L. Grimes | Plaintiff in pro per | (415) 624-5892 | PROJEROME@LIVE.COM |
| Kimon Manolius | Deft. Peninsula Corridor Joint Powers Board | (415) 777-3200 | kmanolius@hansonbridgett.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Dated: 5/30/08 _____

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Rev 1.05

1

## PROOF OF SERVICE

2

I, Lorraine V. Mole, declare that I am a resident of the State of California. I am
over the age of 18 years and not a party to the action entitled *Jerome L. Grimes v. Robert*

3    *Schreader; Caltrain;* Case No. CV 08-1241 WDB that my business address is 425 Market Street,
26th Floor, San Francisco, California 94105. On May 30, 2008, I served a true and accurate

4    copy of the document(s) entitled:

5    **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

6    on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed
to the last address(es) given by the party(ies) as follows:

7

Jerome L. Grimes
8    263 Vernon Street
San Francisco, CA 94132

9

*Plaintiff In Pro Per*

10

11    ☒    (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am
readily familiar with (firm name)'s practices for collecting and processing
12         documents for mailing with United States Postal Service. Following these ordinary
business practices, I placed the above referenced sealed envelope(s) for
13         collection and mailing with the United States Postal Service on the date listed
herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The
14         above referenced sealed envelope(s) will be deposited with the United States
Postal Service on the date listed herein in the ordinary course of business.
15

16    ☐    (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited
each sealed envelope, with the postage prepaid, to be delivered via _____
17         to the party(ies) so designated on the service list.

18

☐    (By Hand pursuant to Federal Rules of Civil Procedure 5(b).) I directed each
19         sealed envelope to the party(ies) so designated on the service list to be delivered
by courier, Specialized Legal, this date. A copy of the affidavit/declaration under
20         penalty of perjury, signed by the courier, shall be filed/lodged with the court under
separate cover.
21

22         I declare that I am employed in the office of a member of the bar of this court at
whose direction the service was made.
23

24

25                                          Lorraine V. Mole

26

27

28

- 1 -

PROOF OF SERVICE                                                         1480871.1