UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 12 PM 3:50

Jerome L. Grimes,
      Plaintiff,

v.

Robert Schreader, et., al.,
(<u>AKA</u>: Robert Schrader)
      Defendants.

Civil Complaint No.

C08-1241MMC

~~Disclosure~~ JLG
Informational
motion

      Attached hereto, You, will find a copy of the, <u>January 31, 2008</u>, Endorsed Filed, SUMMONS, and, Proof Of Service, <u>February 01, 2008</u>, properly served, on, Caltrain's, Risk Management Employee, Marshall Rush, regarding this herein civil action, which was identified as case number: <u>CIV469795</u>, Related Case Number: <u>C08-1241MMC</u>.

Dated: June 11, 2008

Jerome L. Grimes
In Pro Per, Attorney
Plaintiff, In Pro Se

(1 of 1) Plus, (2) Two, Attachments.

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* Robert Schreader, Caltrain,

**YOU ARE BEING SUED BY PLAINTIFF:** Jerome L. Grimes,
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED FILED
SAN MATEO COUNTY
JAN 3 1 2008
Clerk of the Superior [Court]
By R. Montgomery
DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: Superior Court of California
*(El nombre y dirección de la corte es):* County of San Mateo
Redwood City Facility
400 County Center
Redwood City, CA. 94063

**CASE NUMBER:** CIV 469795

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Jerome L. Grimes
263 Vernon Street
San Francisco, [CA]
(415) 885-5892
(415) 584-1454 (H.)

DATE: JAN 31 2008   Clerk, by JOHN C. FITTON / R. MONTGOMERY, Deputy
*(Fecha)*                              *(Secretario)*                        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☒ as the person sued under the fictitious name of *(specify):* Caltrain
3. ☒ on behalf of *(specify):* Jerome L. Grimes
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☒ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* February 01, 2008

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

FEB - 6 2008 COUNTY
2008 FEB -1 PM 3:33 RISK MANAGEMENT RECEIVED

Proof of Service

Jerome L. Grimes,
　　Plaintiff,

v.

Robert Schroeder,
Caltrain,
　　Defendant.

Civil Case
CIV 469795

RECEIVED
2008 FEB -4 PM 4 33
RISK MANAGEMENT

I, Elizabeth Starkey, certify that on February 01, 2008, I did personally serve the below mentioned documents on, Caltrain Claims Representative, Marshall Rush, at: Caltrain, 1250 San Carlos Ave. San Carlos, CA. 94070

Documents:
1. Summons.
2. Original, Civil Complaint No.: CIV469795.
3. Subpoena.
4. Notice of Case Management Conference.
5. Proof of Service.

I declare under the penalty of perjury that the foregoing is true and correct.

[signature] Elizabeth Starkey

X [signature]
Elizabeth Starkey