PROOF OF SERVICE

```
                                                              FILED
                                                          08 JUN 13 AM 11: 48
Jerome L. Grimes,
         Plaintiffs,                              Civil Complaint No.
                                                  CLERK US DISTRICT COURT
                                                  NORTHERN DISTRICT OF CALIFORNIA
v.                                                C08-1241MMC

Robert Schreader, et., al.,
(AKA:  Robert Schrader)
         Defendants.
```

I, Jerome L. Grimes, certify that on, June 12, 2008, I did personally deliver the below mentioned documents to:

        Law Offices Of:
        Hanson Bridgett, LLP
        425 Market Street, 25th Floor,
        San Francisco, CA. 94105
ATTN: Julie Veit & Dena Duthoy, Attorneys

Documents:

1. Disclosure: February 01, 2008, Proof Of Service, of, January 31, 2008, SUMMONS.

2. Defendants', Notice Of Need For ADR (Agreed By Plaintiff) Phone Conference, Filed/Refiled, June 06, 2008. (06/02/08)

3. Subpeona Request For Court Reporter's Transcript, January 14, 2008, State Court, Case #: SF355121A, Redwood City Facility, Served: June 10, 2008. Filed: June 12, 2008.

4. Proof Of Service.

263 Vernon Street                     Jerome L. Grimes
San Francisco, CA. 94132            Attorney, In Pro Se
(415) 584-1454(H.)    (415) 624-5892(Bus.)