HANSON BRIDGETT LLP
KIMON MANOLIUS - 154971
kmanolius@hansonbridgett.com
JULIA H. VEIT - 209207
jveit@hansonbridgett.com
DENA M. DUTHOY - 239900
dduthoy@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
PENINSULA CORRIDOR JOINT POWERS BOARD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT SCHREADER; CALTRAIN,<br><br>　　　　Defendants. | No. CV 08-1241 CW<br><br>**DEFENDANT'S RE-NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: Thursday, August 7, 2008<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2, 4th Floor<br>　　　1301 Clay Street<br>　　　Oakland, CA<br>Judge: Hon. Claudia Wilken |

**TO PLAINTIFF *IN PROPRIA PERSONA*:**

PLEASE TAKE NOTICE that on August 7, 2008, at 2:00 p. m. in Courtroom 2 of the above-entitled Court, located at 1301 Clay Street, Oakland, California, Defendant PENINSULA CORRIDOR JOINT POWERS BOARD (erroneously sued as "Caltrain") ("defendant") through its attorneys, Hanson Bridgett LLP, will and hereby does move this Court for judgment on the pleadings in its favor in this action brought by plaintiff Jerome Grimes.

This motion is made on the grounds that defendant is entitled to judgment on the pleadings pursuant to Federal Rules of Civil Procedure Rule 12(c), because even accepting any well-pled material facts alleged in plaintiff's Complaint as true, defendant is entitled to judgment as

- 1 -

1  a matter of law.

2      This motion will be and hereby is based on the Notice of Motion and Motion (including the supporting Memorandum of Points and Authorities) and the Request for Judicial Notice filed on May 30, 2008, the [Proposed] Order submitted herewith, all pleadings and papers on file in this action any other matters of which judicial notice may be taken by the Court, and upon such oral argument and documentary evidence as may be presented at or before the hearing.

DATED: June 17, 2008

HANSON BRIDGETT LLP

By: /s/ Dena M. Duthoy
DENA M. DUTHOY
Attorneys for Defendant
PENINSULA CORRIDOR JOINT POWERS BOARD

# PROOF OF SERVICE

I, Lorraine V. Mole, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Jerome L. Grimes v. Robert Schreader; Caltrain*; Case No. CV 08-1241 WDB that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On June 17, 2008, I served a true and accurate copy of the document(s) entitled:

**DEFENDANT'S RE-NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS;**

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

*Plaintiff In Pro Per*

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

[ ] (By Hand pursuant to Federal Rules of Civil Procedure 5(b).) I directed each sealed envelope to the party(ies) so designated on the service list to be delivered by courier, Specialized Legal, this date. A copy of the affidavit/declaration under penalty of perjury, signed by the courier, shall be filed/lodged with the court under separate cover.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lorraine V. Mole

- 1 -

PROOF OF SERVICE                                          1501727.1