1  HANSON BRIDGETT LLP
   KIMON MANOLIUS - 154971
2  kmanolius@hansonbridgett.com
   JULIA H. VEIT - 209207
3  jveit@hansonbridgett.com
   DENA M. DUTHOY - 239900
4  dduthoy@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA 94105
   Telephone:    (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Defendant
   PENINSULA CORRIDOR JOINT POWERS BOARD

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  JEROME L. GRIMES,                    No. CV 08-1241 CW

13              Plaintiff,               [PROPOSED] ORDER GRANTING
                                         DEFENDANT'S MOTION FOR JUDGMENT
14        v.                             ON THE PLEADINGS

15  ROBERT SCHREADER; CALTRAIN,          Date: Thursday, August 7, 2008
                                         Time: 2:00 p.m.
16              Defendants.              Dept.: Courtroom 2, 4th Floor
                                                1301 Clay Street
17                                              Oakland, CA
                                         Judge: Hon. Claudia Wilken
18

19

20       The Motion for Judgment on the Pleadings by Defendant PENINSULA CORRIDOR

21  JOINT POWERS BOARD came on regularly for hearing on August 7, 2008 at 2:00 p.m. in

22  Courtroom 2 of the above-entitled Court.  Appearances by counsel and by plaintiff

23  Jerome L. Grimes are as reflected in the record of the hearing.

24       Having reviewed and considered the parties' papers, the contents of the Court's

25  file in this matter, and arguments of counsel, with good cause appearing, the Court

26  hereby finds as follows:

27       Plaintiff's complaint fails to state a valid claim upon which relief can be granted

28  and therefore defendant is entitled to judgment as a matter of law pursuant to Federal

- 1 -

1    Rules of Civil Procedure Rule 12(c).

2        **IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the

3    Pleadings is **GRANTED** and that plaintiff's complaint is dismissed with prejudice.

4        **SO ORDERED.**

5

6    DATED: _____, 2008

7

8                                    _____
                                     THE HONORABLE CLAUDIA WILKIN

9                                    JUDGE OF THE UNITED STATES
                                     DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFT'S MOTION FOR JUDGMENT
ON THE PLEADINGS; CASE NO. CV-08-1241 CW                    1501673.1