**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES,

      Plaintiff,

  v.

SCHREADER, et al.,

      Defendants.

_____/

No. C 08-01241 CW

CLERK'S NOTICE
TAKING MOTION UNDER
SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Defendant Peninsula Corridor Joint Powers Board's motion for judgment on the pleadings under submission on the papers.  The hearing previously scheduled for August 7, 2008, is vacated. Plaintiff's written opposition to the motion will be due July 17, 2008, and any reply by Defendant will be due July 24, 2008. **Failure by Plaintiff to timely file a written opposition may result in the granting of the motion.**

Dated: 7/10/08

_Sheilah Cahill_
_____
SHEILAH CAHILL
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GRIMES et al,

        Plaintiff,

  v.

SCHREADER et al,

        Defendant.

_____/

Case Number: CV08-01241 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dena Maria Duthoy
Julia Heller Veit
Kimon  Manolius
Hanson Bridgett LLP
425 Market St. 26th Floor
San Francisco,  CA 94105

Jerome L. Grimes
263 Vernon Street
San Francisco,  CA 94132

Dated: July 10, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk