Jerome L. Grimes
263 Vernon Street
San Francisco, CA. 94132
Futuristic Safety First,
"Children Safety And Welfare Program"
HOME BASED BUSINESS OFFICE
Legal Dept.,
In Pro Per, Attorney
(415) 584-1454(H.)   (415) 624-5892(Bus.)
Case 4:08-cv-01241-CW  Document 46  Filed 07/14/2008  Page 1 of 11

UNITED STATES DISTRICT COURT
For The Northern District Of California




FILED
JUL 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Jerome L. Grimes,

    Plaintiffs,

v.

Robert Schreader, et., al.,
(AKA: Robert Schrader)
    Defendants.

Civil Complaint No.

C08-1241CW

OPPOSITION TO THE,
DEFENDANTS' MOTION
FOR JUDGEMENT ON
THE PLEADINGS.

    Plaintiff, JEROME L. GRIMES, sued, LIABLE, Co-Defendant, Caltrain/Amtrak, (AKA: Peninsula Corridor Joint Powers Board), due to, Defendant/Co-Defendant, Robert Schreader(AKA: Robert Schrader)'s, Abuse Of Authority, while acting under the color of, His, employment duties and responsibilities, which caused, Federal Constitutional Civil Law Violations, against the plaintiff, on, December 26, 2007.

    The defendants', Defense Counsel, Julia Veit, and, Dena Duthoy, SBN's: 209207, &, 239900, of, Hanson Bridgett, LLP, erroneously, interprets the, Plaintiff, Jerome L. Grimes', Rememberance, of, The Horrible 09/11/01 Terror Tragedy, as a, Violation, of a, U.S. District Court, Pre-Filing Order.

    But, on, Pages: (1 of 6, 2 of 6, and, 3 of 6-Righthand Margins, identified as: UNDER JURISDICTIONS OF, Sections, the plaintiff, NEVER, Violated, the, U.S. District Court, Pre-Filing Order, and, NEVER, cited, Terrorism/Covert Terrorism, as a, Grounds, for this herein, Civil Complaint, in, State Court, or, the subsequent, Federal Court, TRANSFER, due to the, Federal Law Cause Of Action/

(1 of 4)

Violation(s).

Furthermore, on, Page 3 of 6, of the, <u>State Court</u>, TRANSFERED, Federal Court, Civil Complaint, mentioned above, the plaintiff on, Line # 24, Sarcastically, stated, "Blatant Covert Terro Intent", and, on, Line # 18-20, stated the, PROOF, could be obtain by: "(<u>...</u>: Cal Train #: <u>54</u> (<u>AKA</u>: #: <u>154</u>) Video Surveillance Security Tape<u>s</u>(C<del>B</del> ROM<u>S</u>), <u>1438 Hrs.</u>(<u>02:38 P.M.</u>) (<u>12/26/07</u>) <u>December 26, 2007</u>.)" (SEE: Audex, Audio Surveillance Security Tape<u>s</u>(CD-ROM<u>S</u>), <u>1438 Hrs.</u>(<u>02:38 P.M.</u>), (12/26/07) <u>December 26, 2007</u>).

And, the plaintiff certifies that, He, had, "NO", STATE COURT, PRE-FILING ORDER, and, He, NEVER, in the, <u>UNDER THE-JURISDICTION, Section</u>, in, State Court, or, Federal Court, ever mention, Terror/Covert Terror/Terrorism/Covert Terrorism, as a, Grounds, for, Civil Litigation, at the, State, or, Federal Level. In, Civil Complaint Number: <u>CIV469795</u>(State), Civil Complaint Number: CV08-0162CW(Federal), or, Civil Complaint Numbers: <u>CV08-1241WDB</u>(Federal), &, <u>CV08-1241MMC</u>(Federal), or, <u>CV08-1241CW</u>(Federal). And, on, Page 5 of 6, Line # 9-10, stated, "'cold blooded modus operandi, of the, Post-09/11/01, covert terror network'., meaning the dates this, Terror Network, uses sensitive sentimental-time frame/dates, such as: 03/11/04: Madrid, Spain, Train Cars Bombs And, carrying-out, Crime, or, Terror Attacks, on, Christmas Eve, Christmas Day, or, The Day After Christmas, has the same chilling non-verbal communication impact, as, choosing the, 11th, of any month of the year, after, The Horrible 09/11/01 Covert Terror-

(2 of 4)

Attack, where, International Airplanes, were stolen and used as, Weapons Of Mass Destruction, against the, International Victims.

The, Plaintiff, Jerome L. Grimes, was well aware that the, State, and, Federal Courts, are, Civil, and, Criminal Courts, and, "Not", Terrorism Courts, which is why, He, (the plaintiff), NEVER, identified, Terrorism, as a, Jurisdiction, in either,, State Court, Transferred, Federal Court, Original Civil Complaint, Filed, herein.

According, in, Civil Complaint Number: <u>CV05-3622EDL</u>, <u>Grimes -v.- Foy</u>, the, Defendant, Reese Foy's, LIABLE, Employer, Walgreens, immediately, secured the, Video Surveillance Security Tape/CD-ROM, apologized to the, Plaintiff, Jerome L. Grimes, soon-thereafter, made a settlement offer, which closed the civil matter, that was before the, District Court, and, FIRED, Mr. Reese Foy, for, His, Abuse Of Authority, while acting under the color of, His, employment duties and responsibilities-Disguise.

Accordingly, the plaintiff feels it is premature for this, Defendants', Motion For Judgemnet On The Pleadings, at a time that, Plaintiff, Jerome L. Grimes', Federal Constitutional Right, Fourteenth Amendment Right, To Create A Defense(Sixth Amendment) With Exculpatory/Exonerating Evidence, i.e., Video Surveillance Security Tape/CD-ROM<u>S</u>, and, Right To Appeal Criminal Conviction-Defense On Apeal Rights To Obtain, Present, And, Produce Exculpatory Evidence, while out of imminent denger, which imminent denger is the aggrivating circumstances, which lead to the misdemeanor conviction, as a result of the defendant's, Federal Civil Rights Violation

(3 of 4)

Attack, where, International Airplanes, were stolen and used as, Weapons Of Mass Destruction, against the, International Victims.

The, Plaintiff, Jerome L. Grimes, was well aware that the, State, and, Federal Courts, are, Civil, and, Criminal Courts, and, "Not", Terrorism Courts, which is why, He, (the plaintiff), NEVER, identified, Terrorism, as a, Jurisdiction, in either,, State Court, Transferred, Federal Court, Original Civil Complaint, Filed, herein.

According, in, Civil Complaint Number: <u>CV05-3622EDL</u>, <u>Grimes -v.- Foy</u>, the, Defendant, Reese Foy's, LIABLE, Employer, Walgreens, immediately, secured the, Video Surveillance Security Tape/CD-ROM, apologized to the, Plaintiff, Jerome L. Grimes, soon-thereafter, made a settlement offer, which closed the civil matter, that was before the, District Court, and, FIRED, Mr. Reese Foy, for, His, Abuse Of Authority, while acting under the color of, His, employment duties and responsibilities-Disguise.

Accordingly, the plaintiff feels it is premature for this, Defendants', Motion For Judgemnet On The Pleadings, at a time that, Plaintiff, Jerome L. Grimes', Federal Constitutional Right, Fourteenth Amendment Right, To Create A Defense(Sixth Amendment) With Exculpatory/Exonerating Evidence, i.e., Video Surveillance Security Tape/CD-ROM<u>S</u>, and, Right To Appeal Criminal Conviction-Defense On Apeal Rights To Obtain, Present, And, Produce Exculpatory Evidence, while out of imminent denger, which imminent denger is the aggrivating circumstances, which lead to the misdemeanor conviction, as a result of the defendant's, Federal Civil Rights Violation

(3 of 4)

U.S. Constitution.

For the foregoing reasons, Plaintiff, Jerome L. Grimes, request that the, Defendant, Robert Schreader (AKA: Robert Schrader) Motion For Judgement On The Pleadings, be denied.

Dated:  July 12, 2008

*Jerome L. Grimes*
Jerome L. Grimes
Plaintiff, In Pro Per
And,
Director Of:
Futuristic Safety First,
"Children Safety And Welfare Program"
(1977-02/10/84)         (07/27/81)
10/31/85:Holloween 1985)

(4 of 4) Plus, (6) Six, Attachments.

Superior Court Of California
County Of San Mateo
Redwood City Facility

Jerome L. Grimes,

    Plaintiff,

v.

1. Robert Schreader,
2. Cal Train,

    Defendants.

**ENDORSED FILED**
**SAN MATEO COUNTY**

JAN 3 1 2008

Clerk of the Superior Court
By   R. Montgomery
    DEPUTY CLERK

CIV469795

Civil Complaint No.

CV08-0162(CW/PR)

Under,

"Abuse Of Authority",

Leading To:

1464 Hours/(21) Twenty-One, Days, Of, False-Unjustifiable Arrest An Continuous False Imprisonment Hardship, In Violation Of The Plaintiff's, Rights To Liberty, Constitutional Rights Guaranteed By Th Sixth Amendment, Of The U.S. Constitution, Due To An, 'Alleged'-"Pre-Paid"-Cal Train-Zone 2-Passenger-Commutter Far Ticket Misunderstandinc On, December 26, 2007, (12/26/07), at approximately, 02:38P.M., (1438 Hours), Onboard, Cal Train #: 54, (AKA: #: 154), At,

I. Jurisdiction

    This civil complaint is made under the jurisdiction of, San Mateo County, the place of business: Northern California, Company Headquarters, of the, Defendant, Robert Schreader's, Employer, LIABLE-Co-Defendant, Cal Train Railway/Railroad Services.,

II. Plaintiff

    The plaintiff resides at, 263 Vernon Street, San Francisco, California 94132, since, His, Birth, in the, Year: 1966, and this place of residence is, His, Home Based Business Office, of, His, Sole-Proprietorship, Doing Business As: Too Sweet To Beat These Video Productions, since, March, 1994. And this place of residence is also the, Home Based Business Office, of the plaintiff's, Sole-Proprietorship, (DBA:) Doing

Attachment
(1 of 6)
C08-1241CW

EXHIBIT A

1  Business As: Futuristic Safety First, "Children
2  Safety And Welfare Program", since, February,
3  1999.
4  III. Defendants
5       The, Defendant, Robert Schreader, resides
6  in, Northern California, and is employed by,
7  Cal Train, LIABLE-Co-Defendant, Doing Business
8  In: Northern California, Headquarter, located
9  at: 1250 San Carlos Avenue, San Carlos,
10 California 94070.
11 IV. Causes Of Action
12      On, December 26, 2007, the day after,
13 Christmas, and, (6) Six, Days, before, New Years
14 Day, 2008, the, Defendant #1, Robert Schreader,
15 Willfully, Intentionally, Deliberately, With
16 Aforethought, Conspired, a plan to try to, Entrap,
17 the, Plaintiff, Jerome L. Grimes, into a, Criminal
18 Act, which was unsuccessful. See: Civil Complaint
19 Number: C05-3622CW. See: December 26, 2008,
20 Cal Train #: 54, Southbound, Approximately: 1438Hrs.
21 (02:38P.M.), at the, (Zone 2), Belmont, California,
22 Cal Train (Amtrak) Station, San Mateo County, Video
23 Surveillance Security Tapes/CD-ROMS, Onboard,
24 Interior, 2nd Train Car, Approximate Location,
25 Video Footages.
26      The, Defendant#1, Robert Schreader, First:
27 took the, PAID, Zone 2, VALID, Train Ticket,
28 Purchased By: Plaintiff, Jerome L. Grimes, and told

(SEE: Belmont-Cal Train Static Southbound Direction.", Cal Train #54, (12/26/07) 02:38P.M./1438Hrs., Video Surveillance Security Tape CD-ROMS Footages, (AKA: Cal Train #: 154),

"Defamation Of Character "Perjury, Penal Code 811 At, January 14, 2008,- Preliminary Hearing, In, Criminal Case Number: SF355121A, Superior Ct. Of Ca., San Mateo County Redwood City Facility", "Antedating And Falsifying Criminal Incident-Complaints/Reports To Be Used In Trial Proceeding Or Inquiry-Penal Code 1: And, Penal Code 132, On, December 26, 2007, At, Belmont-Cal Train Static County Of San Mateo", "Covert Kidnapping-Penal Code 207", "Attempt To Intimidate And Dissuade The Plaintiff From Repor ing The Defendant's Abus

Attachment
(2 of 6)
C08-1241CW

Him, to get-off the, Cal Train #: 54, at, Zone 2, Belmont, California, Train Station, an act that, would cause any, Law Abidding Citizen-Cal Train Passenger, to be 'alarmed', when the passenger has a schedule to adhere to, but the plaintiff, Did, NOT, get upset. (SEE: Cal Train #54, Video Surveillance Security Tapes(CD-ROMS), 1438 Hours, (02:38P.M.), December-26, 2007.) Second: the, Defendant #1, Robert Schreader, Refused, the, Plaintiff, Jerome L. Grimes', Repreated Pleas, to have, His, VALID, Purchased, Zone 2, Cal Train Passenger Ticket, returned to, Him,(the plaintiff), for the, Next, Cal Train, at: 1538 Hours(0238P.M.), Belmont, California, Train Station, Yet, the deliberate indifferent defendant, Refused. This, Of Authority, And, Attempt To Dissuade The Plaintiff's, LAW ABIDDI**N EFFORTS TO ASCERTAIN** THE CAL TRAIN #54, (FIFTY-FOUR, I.D.#), Identification Number, For Herein Grievance/Civil Abuse-Report.", "Petty Theft Of The Plaintiff's, Cash Purchased Cal Train- 'Pre-Paid'-Passenger- Commutter Fare Ticket/ Proof Of Purchase.", And "Conspiracy".

Refusal, would also induce and entrap any, Law Abidding-Cal Train, Citizen, Or, Tourists, to become 'alarmed', but the, Passenger/Plaintiff, Jerome L. Grimes, Did, NOT, get upset or threatening. (SEE: Cal Train #: 54, Video Surveillance Security Tapes(CD_ROMS), 1438 Hrs.(02:38P.M.), (12/26/07) December 26, 2007.

Third: the, Defendant #1, Robert Schreader, Refused, the, Plaintiff, Jerome L. Grimes', Repeated Pleas, for, His,(defendant's), Cal Train(AmTrak), Employee Identification Number, and/or, the, Cal Train's, Identification Number, which too, Refusal, was a, Blatant Covert Terror Intent, to, Induce, and, Entrap, the plaintiff to react in an, Upset Manner, and, Threatening Manner, but that too was, Unsuccessful, against the, Plaintiff, Jerome L. Grimes. (SEE: Cal Train #: 54, AKA: 154, Interior, Onboard, Video Surveillance Security Tapes/CD-ROMS, 1438 Hrs./02:38P.M., December 26, 2007, At: Belmont Cal Train Station.)

Attachment
(3 of 6)
C08-1241CW

So, the, Defendant, Robert Schreader, told the plaintiff, to get-off of the train(Caltrain #<u>54</u>; <u>AKA</u>: #<u>154</u>), and the, Plaintiff, Jerome L. Grimes, Exited, the train through the, <u>Front Door</u>/(Caltrian Car's Door), on, Video Surveillance Security Tape/CD-ROM, to ontain the, Caltrain's Identification Number, located at the, Front Of The Caltrain Conductor's Compartment, which was then identified as: #:<u>54</u>, which, COINCIDENTALLY, is the last, (2) Two, Numbers Of The Plaintiff's, Home Telephone Number: (415) 584-1454(H.).

Defendant, Robert Schreader, tried to, Intimidate, and, Dissuade, the plaintiff, from, 'Ascertaining', that particular, Caltrain Car's Identification Number, by, calling the, San Mateo Sheriff's Department/ by, Threatening To Cal The Police, before the plaintiff walked to the, Front Of The Caltrain Cars To Get Off The Train/(Exit), and, Obtain, Number: <u>54</u>, as the, Identification Number, of that particular, <u>Southbound</u>, 1428 Hours, 02:38P.M <u>Caltrain</u>, <u>Belmont,</u> California, Passenger/Commutter Train.(<u>AKA</u>: #<u>154</u>).

<u>SEE</u>: Caltrain #:<u>54</u>, Video & Audio/Audex Surveillance Security Tape<u>s</u>/CD-ROM<u>S</u>, 1438 Hours/02:38P.M, (12/26/08), <u>December 26, 2007</u>.)

The, Defendant, Robert Schreader, 'in-other-words, "Failed To Disengage The Enroute Sheriff Officers, After, He,(Defendant), Hastily, Emotionally, Irrationally, and, Illogically, <u>CALLED</u>, the, San Mateo County Sheriff's Department, because, I,(Plaintiff), In Pro Per, did not jump-off of the train, Immediately, which means I could hurt myself running on the, Belmont Caltrain Station Platform, in an attempt to get upto the, Front-Of-The-Train, to, OBTAIN, said, Caltrain Identification Number: 54 (AKA: 154) __which, He, COINCIDENTALLY, Illegally Refused To Give, Me, During, My, __Repeated Pleas, which, Covertly, Induced, and, Entrapped, Me, to, Do, what every, Law Abiding, Caltrain Passenger/Paying Customer, would do to obtain, said, Caltrain's Identification Number, which, His, Unjustifiable, 911 Emergency Telephone Dispatch Call, was a, Direct, Attempt, to, TRY,

And, INTIMIDATE/DISSUADE, Me,,(the plaintiff), from, Obtaining; "Live And Caught On Video Footage And Audex Recording.".

This above mentioned, State, and/or, Federal Law Causes Of Action, caused this herein, False, San Mateo County Sheriff's Department Police Incident Report Number: 007830034, and the, Resulting, 1464 Hours (One Thousand And Sixty-Four Hours) Continuous False Imprisonment Hardship, for a threat crime the, Defendant, Robert Schreader, knew I, the plaintiff, was is, Innocent Of, just, (5) Five, Days, before, New Years Day, 2008, and, just, (1) One, Day, after, Christmas Day, 2007, which is the, 'cold blooded modus operandi, of the, Post-09/11/01, covert terror network'.

SEE: Above mentioned, Video Surveillance Security Footages, mentioned above.)

SEE: Jerome L. Grimes  v.  Mr. Pahlavan, et., al.,

U.S. District Court, Northern District Of California, Case No.: C06-   C'

V.  Previous Lawsuits

1. Jerome L. Grimes  v.  Bruce G. Turner, et., al.,

U.S. District Court, Northern District Of California,
Civil Complaint No.: C04-4691EDL

VI.  Remedy Exhausted

The, Defendant, Robert Schreader, under the color of authority as a, Caltrain's Employee, Committed Perjury, at the, January 14, 2008, Criminal Preliminary Hearing Examination, Department #: 12, Superior Court Of Calif Redwood City Facility, County Of San Mateo, Case No.: SF355121A., which is Proof, that, He, will, NEVER, admit to a, Conspiracy/Abuse Of Authority.

VII.  Relief Requested

An  order for the, Defendant, Robert Schreader, to be fired, from, His, employment as a, Caltrain Agent, in memory of the, March 11, 2004, Madrid, Spain, Covert Terror Victims.

Punitive Damages:  $1,000,000.00 ( One Million Dollars)

Damages:  $50,000.00 (Fifty Thousand Dollars)

Attachment
(5 of 6)
C08-1241CW

And in the, Defendant, Robert Schreader's, individual capacity: $4,200.00 (Four Thousand Two Hundred Dollars), which equals, $100.00 (One Hundred Dollars), Per Day, pursuant to the, State Of California's Constitutional Rights, Article 1, Section 15, and, Title 15, of the, State Of California Department Of Corrections, Rules And Regulations Handbook

Sum Total:   Twice The Amount, of, $2,100.00,= 21 Days x $100.00,
(Twenty-One Hundred Dollars)
or,
(Two Thousand One Hundred Dollars)
times (x) twice the amount

$4,200.00

Dated:   January 24, 2008

*Jerome L. Grimes* (signature)
Jerome L. Grimes
Plaintiff, In Pro Per
And,
Director Of:
Futuristic Safety First,
"Children Safety And Welfare Program"
(1977-02/10/84)      (07/27/81)
(10/31/85:Holloween 1985)

Attachment
(6 of 6)
C08-1241CW