PROOF OF SERVICE

RECEIVED
2008 JUL 15 PM 4:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jerome L. Grimes,
    Plaintiffs,

v.

Robert Schreader, et., al.,
(AKA: Robert Schrader)
    Defendants.

Civil Complaint No.

C08-1241 CW

FILED
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I, Jerome L. Grimes, certify that on, July 15, 2008, I did personally deliver the below mentioned documents to:

    Law Offices Of:
    Hanson Bridgett, LLP
    425 Market Street, 25th Floor,
    San Francisco, CA. 94105
ATTN: Julie Veit & Dena Duthoy

Documents:

1. Plaintiff's, Opposition To The, Defendants', Motion For Judgement On The Pleadings, Filed: July 14, 2008.

2. Subpoena Request For: December 26, 2007, Video And Surveillance Security Tapes/CD-Roms, Served, On, Defendants', Custodian Of Records, In, San Mateo County, On, July 07, 2008, And, Filed, On, July 14, 2008.

3. Proof Of Service.

263 Vernon Street
San Francisco, CA. 94132
(415) 584-1454(H.)    (415) 624-5892(Bus.)

Jerome L. Grimes
Attorney, In Pro Se