Jerome L. Grimes
263 Vernon Street
San Francisco, CA. 94132
Futuristic Safety First,
"Children Safety And Welfare Program"
Home Based Business Office
Legal Dept.,
(415) 584-1934 (H.)
(415) 624-5842 (Bns.)

RECEIVED
2008 JUL 21 P 5:25
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For The Northern District Of California

Jerome L. Grimes,
    Plaintiffs,

v.

Robert Schreader, et., al.,
    (AKA: Robert Schrader)
    Defendants.

Civil Complaint No.
C08-1241CW

Informational Motion

NEW INFORMATION

The plaintiff has attached the defendants', <u>July 02, 2008</u>, REFUSAL, to comply with the, Federal Rules Of Procedures, AFTER, Our, ~~June __, 2008~~ May 22, 2008, Telephone Meet And Confer Process, which is also a, Violation, of the plaintiff's, Fourteenth, and, Sixth Amendments Rights, U.S. Constitution.  And it is safe to say that aperson could see a possible attempt to harrass and/or delay the plaintiff's prosecution of, His, Civil Complaint, as well as, His, ONLY, means to correcting the damages done to the plaintiff's, Criminal Rap-Sheet, Character, and, related, State Jurisdiction Appeal Relief And Remedies.

(<u>SEE</u>:  Attachment, identified as, Exhibit Info. #1)

Dated:  July 19, 2008               Respectfully Submitted,

                                    Jerome L. Grimes
                                    Jerome L. Grimes
                                    Plaintiff, In Pro Per

(1 of 1 ) Plus, (1) One, Attachment.

**DENA M. DUTHOY**
ATTORNEY AT LAW
DIRECT DIAL 415 995 5865
DIRECT FAX 415 995 3472
E-MAIL dduthoy@hansonbridgett.com

**HansonBridgett**

July 2, 2008

VIA REGULAR MAIL

Mr. Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Re: *Jerome L. Grimes v. Robert Schreader, et al.*
United States District Court, Northern District of California Case No. C 08-01241 MMC

Dear Mr. Grimes:

As we explained in our letter dated June 26, 2008, it is the PENINSULA CORRIDOR JOINT POWERS BOARD ("JPB") JPB's position that the discovery you have propounded thus far, including requests for production, special interrogatories, and subpoenas, is premature and not appropriate at this time in light of Judge Wilkens' June 11 Order and JPB's potentially dispositive motion for judgment on the pleadings.

We believe that the Court should rule on JPB's motion, or at the very least, conduct a case management conference prior to the parties engaging in discovery in this matter; however, we received no response from you advising us of whether or not you would stipulate to either a stay on discovery or an extension JPB's time to respond to this discovery.

Accordingly, please note that pursuant to the enclosed objections, **no documents or objects shall be produced on July 7, 2007 at 1250 San Carlos Avenue, San Carlos, California, 94070.**

Thank you,

*Dena M. Duthoy*

Dena M. Duthoy

cc: Kimon Manolius, Esq.
Julia H. Veit, Esq.

Attachment, Exhibit Info. #1.

**Hanson Bridgett LLP**
425 Market Street, 26th Floor, San Francisco, CA 94105   hansonbridgett.com

1549112.1