Jerome L. Grimes
63, Vernon Street
San Francisco, CA. 94132
Futuristic Safety First,
"Children Safety And Welfare Program"
HOME BASED BUSINESS OFFICE
Legal Dept.,
(415) 584-1954 (H.)
(415) 624-5892 (Bus.)

For The Northern District Of California

Jerome L. Grimes,
Plaintiffs,

v.

Robert Schreader, et., al.,
(AKA: Robert Schrader)
Defendants.

Civil Complaint No. C08-1241CW

Informational Motion
ADDEDUM

RECEIVED
JUL 21 2008
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

ORIGINAL FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NEW INFORMATION

The plaintiff has attached the defendants', July 02, 2008, REFUSAL, to comply with the, Federal Rules Of Procedures, AFTER, Our, May 22, 2008, Telephone Meet And Confer Process, which is also a, Violation, of the plaintiff's, Fourteenth, and, Sixth Amendments Rights, U.S. Constitution.  And it is safe to say that aperson could see a possible attempt to harrass and/or delay the plaintiff's prosecution of, His, Civil Complaint, as well as, His, ONLY, means to correcting the damages done to the plaintiff's, Criminal Rap-Sheet, Character, and, related, State Jurisdiction Appeal Relief And Remedies.

(SEE:  Attachment, identified as, Exhibit Info. #2.

Dated: ~~July 19, 2008~~
July 21, 2008

Respectfully Submitted,

Jerome L. Grimes
Jerome L. Grimes
Plaintiff, In Pro Per

(1 of 1) Plus, (1) One, Attachment.



**DENA M. DUTHOY**
ATTORNEY AT LAW
DIRECT DIAL 415 995 5865
DIRECT FAX 415 995 3472
E-MAIL dduthoy@hansonbridgett.com

July 18, 2008

VIA EMAIL AND REGULAR MAIL

Mr. Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Re: *Jerome L. Grimes v. Robert Schreader, et al.*
United States District Court, Northern District of California Case No. C 08-01241 MMC

Dear Mr. Grimes:

As we explained in our previous letters dated June 26, July 2, and July 17, 2008, the discovery you have propounded thus far is premature and not appropriate at this time in light of Judge Wilkens' June 11 Order and JPB's pending motion for judgment on the pleadings. We ask that you please refrain from serving any further discovery until we have a case management conference or Judge Wilkens rules on the motion.

Accordingly, please find defendant JPB's objections to your two subpoenas, which request the production, inspection and copying of documents or objects on July 21, 2008. Please note that pursuant to the enclosed objections, **no documents or objects shall be produced on July 21, 2008 at either 1250 San Carlos Avenue, San Carlos, California, 94070 or Superior Court of California, County of San Mateo, 400 County Center, 2nd Floor, Redwood City, California 94063.**

Thank you,

Dena M. Duthoy

Dena M. Duthoy

Enclosures

cc: Kimon Manolius, Esq.
    Julia H. Veit, Esq.

Attachment, Exhibit Info. #2.

**Hanson Bridgett LLP**
425 Market Street, 26th Floor, San Francisco, CA 94105   hansonbridgett.com

1562428.1