PROOF OF SERVICE

Jerome L. Grimes,
    Plaintiffs,

v.

Robert Schreader, et., al.,
(AKA: Robert Schrader)
    Defendants.

Civil Complaint No.

C08-1241 MMC CW

*Received By: Jeff 07/22/08*

*FILED JUL 23 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

I, Jerome L. Grimes, certify that on, July 22, 2008, I did personally deliver the below mentioned documents to:

Law Offices Of:
Hanson Bridgett, LLP
425 Market Street, 25th Floor,
San Francisco, CA. 94105
ATTN: Julie Veit & Dena Duthoy, Attorneys

Documents:

1. July 19, 2008, Informational Motion, And, Exhibit Info. #1.
2. July 21, 2008, Informational Motion, And, Exhibit Info. #2. [ADDEDUM]
3. Proof Of Service.

263 Vernon Street
San Francisco, CA. 94132
(415) 584-1454(H.)   (415) 624-5892(Bus.)

Jerome L. Grimes
Attorney, In Pro Se